05-880 JMR/FLN

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,296,150

United States Patent and Trademark Office Registered Nov. 30, 1999

## SERVICE MARK
PRINCIPAL REGISTER

# HEALTH RECOVERY CENTER INC.

HEALTH RECOVERY CENTER, INC. (MINNESOTA CORPORATION)
3255 HENNEPIN AVENUE SOUTH
MINNEAPOLIS, MN 55408

FOR: COUNSELING AND TREATMENT SERVICES FOR DRUG AND ALCOHOLIC PROBLEMS, PERSONAL AND EMOTIONAL PROBLEMS, FOOD ADDICTION, DEPRESSION, CEREBRAL ALLERGY AND CANDIDA RELATED COMPLEX PROBLEMS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-21-1985; IN COMMERCE 3-1-1985.

OWNER OF U.S. REG. NO. 1,793,968.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INC.", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-614,882, FILED 1-4-1999.

JOHN SNODGRASS, EXAMINING ATTORNEY

**Exhibit F**

Document Description: **Notice of Acceptance Acknowledgement**
Mail / Create Date: **18-Apr-2005**

Side - 1

# NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION

**MAILING DATE: Apr 18, 2005**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

| | |
|---|---|
| **REG NUMBER:** | **2296150** |
| **MARK:** | **HEALTH RECOVERY CENTER INCORPORATED** |
| **OWNER:** | **Health Recovery Center, Inc.** |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE PAID

K BRADFORD ADOLPHSON
WARE FRESSOLA VAN DER SLUYS ET AL
BRADFORD GREEN BLDG 5
755 MAIN ST P O BOX 224
MONROE, CT 06468

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*