ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HEALTH RECOVERY CENTER, INC., a Minnesota corporation, and<br><br>HEALTH RECOVERY SYSTEMS, INC., a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INNERBALANCE LLC, a Colorado limited liability company,<br><br>INNERBALANCE HEALTH CENTER, LLC, a Colorado limited liability company,<br><br>INNERBALANCE HEALTH SYSTEMS, LLC, a Colorado limited liability company,<br><br>JOSEPH W. EISELE, and<br><br>RON GRAHAM,<br><br>Defendants. | Civil File No. 05-880 JMR/FLN<br><br>**MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Health Recovery Center, Inc. and Health Recovery Systems, Inc., move for a preliminary injunction.

This motion is based on all of the files and records herein, including Plaintiffs' Memorandum of Law in Support of its Motion for a Preliminary Injunction, the

SCANNED
MAY 04 2005
U.S. DISTRICT COURT MPLS

Declarations of Joan Larson Mathews, Cynthia Mathews, Gregory A. Bailey, and Shirley Bingham, and exhibits attached thereto.

Dated: May 4, 2005

DORSEY & WHITNEY LLP

By ______________________
J. Thomas Vitt (No. 183817)
Sri K. Sankaran (No. 204304)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs