UNITED STATES DISTRICT COURT
District of Minnesota

Health Recovery Center, Inc., a Minnesota corporation, and Health Recovery Systems, Inc., a Minnesota corporation,

Plaintiffs,

v.

Case Number: 05-CV-880 JMR/FLN

InnerBalance LLC, a Colorado limited liability company, InnerBalance Health Center, LLC, a Colorado limited liability company, InnerBalance Health Systems, LLC, a Colorado limited liability company, Joseph W. Eisele, and Ron Graham,

Defendants.

**AFFIDAVIT OF CHRISTOPHER K. SANDBERG**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

CHRISTOPHER K. SANDBERG, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys for the Defendants in the above-captioned matter.

2. I made this Affidavit in support of Defendants' Memorandum Opposing Preliminary Injunction in this matter.

3. Attached hereto as Exhibit A is the Declaration of Joseph Eisele, including the exhibits which are referenced within that Declaration.

4. Attached hereto as Exhibit B is the Declaration of Ron Graham, including the exhibits which are referenced within that Declaration.

5. Attached hereto as Exhibit C is the Declaration of Dr. Nola McDonald, including the exhibits which are referenced within that Declaration.

6. Attached hereto as Exhibit D is the Declaration of Martha Albrecht[, including the exhibits which are referenced within that Declaration].

7. Attached hereto as Exhibit E is a true and correct copy of the results of a database search which I performed on May 12, 2005, at the US Patent and Trademark Office's online search service, using the search terms "health" and "center."

8. Attached as Exhibit F is a true and correct copy of "Respondent's Statement of Damages Claims" and associated Exhibit A from the AAA arbitration proceeding, InnerBalance LLC and Robert Groves v. Health Recovery Systems, Inc., Arbitration No. 65 Y 113 00264 04.

FURTHER AFFIANT SAITH NOT.

s/Christopher K. Sandberg
Christopher K. Sandberg

Subscribed and sworn before me
this 13th day of May, 2005.

s/ Sandra Susan McNeill
Notary Public
My Commission Expires: 1-31-10