UNITED STATES DISTRICT COURT
District of Minnesota

Health Recovery Center, Inc., a Minnesota corporation, and Health Recovery Systems, Inc., a Minnesota corporation,

Plaintiffs,

v.

InnerBalance LLC, a Colorado limited liability company, InnerBalance Health Center, LLC, a Colorado limited liability company, InnerBalance Health Systems, LLC, a Colorado limited liability company, Joseph W. Eisele, and Ron Graham,

Defendants.

Case Number: 05-CV-880 JMR/FLN

**EXHIBIT LIST TO DECLARATION OF JOSEPH EISELE**

| | |
|---|---|
| Exhibit 1 | Letter dated June 30, 1992 from Jeffrey Stricklen |
| Exhibit 2 | Letter dated August 17, 1996 to Joe Eisele |
| Exhibit 3 | Description of types of services offered |
| Exhibit 4 | InnerBalance Marketing Brochure |
| Exhibit 5 | InnerBalance advertising layout |
| Exhibit 6 | Form for marketing letter |
| Exhibit 7 | Representative and comprehensive nutritional test results from clients |
| Exhibit 8 | News article dated March 19, 2000 |
| Exhibit 9 | Pre-franchise Fee Schedule |
| Exhibit 10 | Pre-franchise program description |
| Exhibit 11 | Second Addendum to Franchise Agreement |
| Exhibit 12 | Article by Mark J. Occhipinti |

Dated: May 13, 2005

s/Christopher K. Sandberg
Christopher K. Sandberg
Bar Number 95485
Attorney for Defendants
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981