NEUROGENESIS, INC
1000 LOUISIANA, SUITE 600
HOUSTON, TEXAS 77002
FAX 713-655-7002
800-345-8912
713-655-7867

June 30, 1992

Joe Isley
Seven Lakes Recovery Center
2362 East Prospect
Fort Collins, CO 80525

Dear Mr. Isley:

Hopefully the enclosed literature will help in convincing your colleagues to use our supplements as standard protocol.

The cost is approximately $1/day per patient. The benefits obtained from using our products far outweigh the possible costs should the patient relapse.

In certain patients, the use of our products can make the difference between successful treatment and unsuccessful treatment.

If I can assist in any manner please do not hesitate to call me at 1-800-345-8912. I am...

At your service,

Jeffrey S. Stricklen

Jeffrey S. Stricklen
Account Executive

EXHIBIT
tabbies
1