Joe Eisele
Seven Lakes Recovery Program
2362 Prospect Road
Fort Collins, CO

08-17-96

Dear Mr. Eisele;

Enclosed is the report you requested on the effects of chemical abuse on amino acid/neurotransmitter and fatty acid/prostaglandin metabolism, and the relevant nutrition recommendations to restore these metabolic pathways for people recovering from chemical dependency.

We made our conclusions based upon research published in peer reviewed (refereed) literature. The effects of alcohol on fatty acid/prostaglandin metabolism have been addressed in the literature, however, we did not find any research on the effects of other chemicals on these systems. Researchers suggest, however, that persons suffering from chemical abuse and eating disorders demonstrate similar neurotransmitter abnormalities.

Although the literature suggests that altered neurotransmitter and fatty acid/prostaglandin metabolism may contribute to relapse into chemical abuse, a literature search conducted through Dennison Memorial Library at the Colorado Health Sciences Center resulted in very few peer reviewed articles about the effects of nutrient supplementation on either fatty acid/prostaglandin or neurotransmitter metabolism in the medical/psychological literature. On this basis we conclude that a healthful diet that includes frequent servings of legumes, lean meats, low or nonfat dairy products, complex carbohydrates, fruits, and vegetables, is low in saturated fat, sugar and caffeine and is complemented by eating cold water fish several times per week is best for patients in recovery. Nutritional counseling may be necessary to help clients in achieving and maintaining a healthful diet, however.

We believe that a proper diet is critical for restoration of these metabolic pathways and hope that the information provided will aid in the restoration of health for the clients enrolled in Seven Lakes Recovery Program.

Sincerely,

Beverly Tafoya, B.S., M.S. Candidate
and
Mike Schwan, B.S., M.S. Candidate

EXHIBIT
2

# Dietary Recommendations for Restoration of Impaired Fatty Acid/Prostaglandin and Neurotransmitter Metabolism for Chemically Dependent Persons.

Prepared For

Mr. Joe Eisele

of the

Seven Lakes Recovery Program

by

Mike Schwan, B.S., M.S. Candidate
and
Beverly Tafoya, B.S., M.S. Candidate

## Executive Summary

Recovery from alcohol and chemical abuse involves many therapeutic approaches. Part of that recovery involves restoration of normal nutritional status. Chemically dependent persons often have poor eating habits and disturbed metabolism. Besides inadequate nutrient intake, the chemicals themselves interfere with the absorption, metabolism and utilization of nutrients. Two physiologic processes that are particularly affected by alcohol abuse are neurotransmitter and fatty acid/prostaglandin metabolism.

Alcohol has been shown to alter fatty acid and prostaglandin metabolism by inhibiting both delta-5 and delta-6 desaturases and increasing the production of certain prostaglandins.[1] Alcohol abnormally stimulates the production of the prostaglandin PGE-1 in various animal species and in human platelets and depletes nutrient precursor pools. Low PGE-1 levels resulting from the depleted precursor pools have been associated with withdrawal symptoms in alcoholic patients undergoing detoxification. Supplements of the precursor for PGE-1, such as evening primrose oil, seem to relieve withdrawal symptoms during the detoxification stage.[2] Because of the large amount of linoleic acid present in these supplements, additional supplementation during the recovery period may have the negative effect of promoting the synthesis of series #2 PG's, and, therefore, is not recommended.[3] Neurotransmitter metabolism is also disturbed by chronic alcohol and chemical abuse. Studies have shown that excessive alcohol and chemical intake is associated with a mechanism involving opiate receptors and endogenous opioid peptides called endorphins.[4,5] Blum et al [5] expanded this theory and proposed a link between all substance abuse disorders. They propose that in most instances chemically dependent people have a genetic dysfunction triggered by stress or long term substance abuse resulting in faulty neurotransmitter functioning in the "reward centers" of the brain. They reported that excessive chemical use can be regulated by alteration of the neuromodulator reward cascade through medications or amino acid supplementation. In double blind studies amino acid vitamin/mineral supplements are credited with reducing alcohol craving in newly abstinent alcoholics. Further study is indicated to determine the efficacy of these substances in restoring proper neurotransmitter function.

It is recommended that nutritional counseling be provided to clients to assist them in attaining a well balanced diet. A diet high in fish, legumes, whole grains, low fat dairy products, lean meats, fruits and vegetables, but low in simple carbohydrates, caffeine and saturated fats is recommended. A healthful diet is needed to restore the dysfunctional metabolic pathways and provide a general sense of well-being.[4]

---

[1] Nervi, A., Peluffo, R., & Brenner, R. (1980). Effects of ethanol administration of fatty acid desaturation. Lipids, 15, 263-268

[2] Horrobin, D. (1987). Essential fatty acids, prostaglandins and alcoholism: an overview. Alcoholism: Clinical and Experimental Research, 11, 2-7.

[3] Allen, K. (personal communication April 10, 1996)

[4] Biery, J. Williford, Jr, H., & McMullen, E. (1991). Alcohol craving in rehabilitation: Assessment of nutrition therapy. Journal of the American Dietetic Association, 91, 463-466.

[5] Blum, K., Rassner, M., & Payne, J. (1990). Neuro-nutrient therapy for compulsive disease: Rationale and clinical evidence. Addiction & Recovery, 8, 12-16, 28-29.

## Essential Fatty Acids, Prostaglandins, and Alcohol

This section begins with an overview of fatty acid and prostaglandin (PG) function and metabolism. Secondly a review of the effects of alcohol on fatty acids and PG's applicable to people recovering from alcohol abuse is presented. Implications and specific nutrition recommendations are also discussed.

### Essential Fatty Acids

Essential fatty acids cannot be made by the body and must therefore be supplied by the diet. The two essential fatty acids for humans are linoleic acid (LA) and alpha-linolenic acid, respectively. One function of essential fatty acids is to make prostaglandins (PG's).

### Functions of Prostaglandins

PG's are potent regulators of vital body functions, including blood clotting, blood pressure, immune responses, inflammatory responses, and childbirth (Wardlaw & Insel, 1993). Different tissues of the body make different PG's. Although many different kinds of PG's with different functions exist, they can be divided into three classes (series #1, #2, and #3). The series #2 PG's are the best studied and function to control the body's response to injury. For example, if we are cut, the #2 series (thromboxane A-2) trigger clot formation so we do not bleed excessively.

Another type of #2 series PG (PGI-2) functions to ensure that our bodies do not over respond to injury and that our blood does not clot under normal circumstances. However, PGI-2 is produced in less proportion than thromboxane A-2. One of the most important functions of the series #1 and #3 PG's is to assist PGI-2 in ensuring that the body's response to injury is appropriate. Because series #2 PG's are produced more efficiently than series #3 PG's, researchers recommend that everybody consume fish, which are a good source of the precursor used to make series #3 PG's, 2-3 times per week. The Greenland Eskimos, who consume a lot of fish, have one tenth the risk of heart attacks when compared to Danish people who eat a

limited amount of fish (Wardlaw & Insel, 1993). The reason for this phenomena is thought to be a response to the series #3 PG's decreasing the tendency for the blood to clot.

**Prostaglandin Production**

Linoleic acid (LA) is used to make both the #1 and #2 series of PG's and alpha-linolenic acid is used to make the #3 series of PG's (see appendix). First, a review of how the #1 and #2 series are produced from LA will be presented.

Delta-6-desaturase is an enzyme in cells that converts LA to gamma-linolenic acid, which then is elongated to dihomogammalinolenic acid (DGLA). DGLA is incorporated into cell membranes of various tissues and then converted to the #1 series of PG's. In order for DGLA to be converted to series #1 PG's, the cell wall first needs to be stimulated (ie: by hormones). Then DGLA is released from the cell wall by the enzyme phospholipase A-2 and is converted into series #1 PG's by the enzyme cyclo-oxygenase. Thus, the production of series #1 PG's are dependent upon the amount of LA in the diet and the activity of the enzymes delta-6-desaturase, phospholipase A-2, and cyclo-oxygenase. Most of the DGLA, however, is not used to make the PG #1 series, but is converted by the enzyme delta-5-desaturase to arachidonic acid (AA). AA is then incorporated into the cell membrane.

When cell walls are stimulated (ie: by hormones), AA is released into the cytoplasm of the cell by the enzyme phospholipase-A2 and converted to the #2 series of PG's by the enzyme cyclo-oxygenase. Thus, the production of series #2 PG's depends on the amount of LA in the diet, the amount of AA in the diet, and the activity of the enzymes delta 5 and 6 desaturases, phospholipase A2 and cyclo-oxygenase. The types of #2 series PG's made depend on which tissues of the body are making them. For example, blood platelets produce thromboxane A-2 (which helps the blood clot) and endothelial cells produce PGI-2 (which decreases blood clotting).

The series #3 PG's are produced from eicosapentaenoic acid (EPA). EPA can be supplied in either the diet (cold water fish are a good source) or produced in cells from alpha-linolenic acid (from the diet) by the enzymes delta-5 and delta-6 desaturases. EPA is incorporated into the cell membranes of various tissues. Upon receiving a stimulus, EPA is released into the cytoplasm from the membrane by phospholipase A-2, and is converted into the #3 series PG's by cyclo-oxygenase. Thus the production of the #3 series of PG's is dependent upon the amount of EPA and alpha-linolenic acid in the diet, and the activity of the enzymes delta-5 desaturase and delta-6 desaturase, phospholipase A-2, and cyclo-oxygenase. Although PG's are produced in a variety of tissues, it has been only recently that their presence has been recognized in the mammalian brain. An understanding of their functional significance in the brain is still limited.

**Effects of Alcohol on Essential Fatty Acid and PG Metabolism**

Alcohol ingestion has been shown to alter the fatty acid composition of cell membranes in human tissues by decreasing the ratio of AA to LA (Reitz, 1993). This change in cell membranes occurs as a result of alcohol inhibiting the delta-5 and delta-6 desaturases(Nervi, 1980). Moreover, George and Meisch (1990) showed that inhibitors of the enzyme cyclo-oxygenase reduced the effects of alcohol in mice. Cyclo-oxygenase inhibitors have also been shown to be effective at blocking hangover headaches in humans (Horrobin, 1987). This suggests that some effects of alcohol may be mediated by alcohol stimulating PG production through the enzyme cyclo-oxygenase. Recall that cyclo-oxygenase is the enzyme that converts PG precursors to PG's upon stimulus and subsequent release of AA from the cell membrane. One limitation to this hypothesis is that alcohol has also been shown to inhibit phospholipase A-2 (Fenn, 1983). This enzyme is responsible for the release of AA from cell membranes upon receipt of a stimulus. Possibly, chronic alcohol ingestion reduces the effect that alcohol has on inhibiting phospholipase A-2.

Various animal studies have been conducted to evaluate the effect of alcohol on PG production. Conclusions are difficult to make from these studies because variations in the methodologies exist. The majority of the studies do show that acute and chronic alcohol increases the production of a variety of PG's in animal brains (George, 1985; Pediconi, 1985; Pennington, 1985; Anton, 1984). One type of series #1 PG (PGE-1) was increased 60% in chicken brains when they were exposed to alcohol chronically. In conjunction with the studies conducted by George and Meisch, treatment with a cyclo-oxygenase inhibitor prevented the alcohol induced increase in brain PGE-1, suggesting that some effects of alcohol may be mediated through PGE-1. Alcohol has also stimulated the production of PGE-1 in human platelets (Segarnick, 1985). Moreover, Horrobin, (1987), has recognized that patients infused with PGE-1 for treatment of vascular disease become euphoric during the infusion. These observations have led Horrobin to propose the following hypothesis.

Horrobin, (1987), proposes that PGE-1 production is increased in humans following alcohol consumption and maybe responsible for the euphoric feeling accompanying alcohol consumption. Furthermore, PGE-1 is eventually depleted by over consumption of alcohol and is responsible for the depression that follows a heavy drinking bout. Because alcohol depletes the formation of the PGE-1 precursor, an increasingly greater amount of alcohol is necessary to produce adequate amounts of PGE-1 and the accompanying euphoric feeling.

Horrobin, (1987), also proposes that alcohol withdrawal symptoms may be mediated by an abrupt decline in PGE-1 due to depleted precursor pools. In support of this hypothesis, when PGE-1, and its precursors were administered to alcohol addicted mice, they were effective in reducing withdrawal symptoms (Segarnick, 1985). Furthermore, in a double blind, placebo controlled study of human alcoholics undergoing withdrawal, evening primrose oil that contains the PGE-1 precursor significantly reduced symptoms (Glen, 1985). By supplying the precursor for PGE-1, delta-6-desaturase (which alcohol inhibits) is bypassed. Furthermore, because the precursor for PGE-1 was supplied in significant amounts, more PGE-1 would be produced than

would under normal physiologic conditions. Recall that under physiologic conditions, most DGLA is converted to the #2 series. One study that does not support Horrobin's hypothesis was conducted by Anton and Randall (1987). They reported no significant difference in PGE-1 production in the brains of mice exposed to alcohol.

**Implications**

Because the majority of studies do support Horrobin's hypothesis, it deserves serious consideration. It is possible that depleted PGE-1 and its precursor pools contribute to withdrawal symptoms and subsequent relapse into alcohol abuse. Furthermore, the human study conducted by Glen clearly showed that supplements of the precursor for PGE-1 reduced symptoms in alcoholics undergoing withdrawal. Therefore, consuming PGE-1 precursor supplements may be beneficial for alcoholics in the immediate withdrawal phase. Nevertheless, because PG's are potent regulators of important physiologic processes, a need exists to be very cautious when recommending long term supplementation of PG's or their precursors as an aid in relapse prevention. The study of PG's and their physiologic function in the brain is still in its embryonic stage. One of the problems of recommending long term supplementation of PGE-1 precursors to recovering alcoholics is that the supplements (i.e., evening primrose oil) also contain large amounts of LA. Recall that most LA is converted to AA and is used to make the series #2 PG's, when, ideally, an increase in the series #1 and #3 PG's and a decrease in the amount of series#2 PG's is needed. Large amounts of LA in the diet can also contribute to oxidized LDL cholesterol, which in turn is thought to contribute to cardiovascular disease. Furthermore, LA can also contribute to liver damage in alcoholics with cirrhosis (Nanji, et al.). Because of these effects, supplements of the PGE-1 precursor during recovery are not advised. However, the following nutrition recommendations will help to restore a PG metabolism altered by alcohol abuse.

## Nutrition Recommendations

First of all, by abstaining from alcohol, the delta 5 and 6 desaturases and cyclo-oxygenase can be restored to their normal activity. This would result in adequate production of depleted series #1 and #3 PG precursors. Secondly, we recommend that recovering alcoholics eat a variety of foods. By consuming a variety of foods, obtaining an adequate amount of all the essential nutrients is ensured. Many vitamins and minerals are required as cofactors of the enzymes involved with PG production. Special attention should be given to consuming plenty of fruits and vegetables. Fruits and vegetables are good sources of antioxidants. Antioxidants help to decrease the series #2 PG's (the kind of PG's that must be reduced). Thirdly, recovering alcoholics need to consume a diet that is low in saturated fat. Saturated fat inhibits delta 5 and 6 desaturases (Anton & Randall, 1987). Furthermore, most sources of saturated fat also contain a large amount of AA. Recall that AA is the precursor for series #2 PG's. Finally, we recommend those recovering from alcoholism consume fish 2-3 times a week. Cold water fish (trout, salmon, fresh tuna, mackerel, herring, etc.) are good sources of the #3 PG's series precursor of EPA (Wardlaw & Insel, 1993).

This section reviewed how alcohol abuse alters fatty acid and PG metabolisms. The nutrition recommendations for people recovering from alcohol abuse will aid in the proper restoration of PG production and other vitamin and mineral deficiencies that often occur with chronic alcohol abuse. Applying these recommendations will thus increase quality of life and may aid in preventing relapse into alcohol abuse. Due to the difficulty in applying these recommendations, however, nutritional counseling with a Registered Dietitian or a graduate of an accredited nutrition/dietetics program will benefit the majority of recovering alcoholics.

## Amino Acids, Neurotransmitters, and Chemical Abuse

This section will begin with a review of neurotransmitter synthesis and function, and will be followed by a discussion of the effects of chemicals of abuse in the mammalian brain. The third portion covers specific implications and recommendations for restoring the disturbed neurotransmitter system by improving the nutritional status of the individual.

### Amino Acids

The adult human body utilizes more than 50,000 proteins to maintain proper function, including proper function of the nervous system. These proteins are produced from twenty-two amino acids, eight of which are essential, that is they must be provided in the diet. (Children need an additional two amino acids: arginine and histidine.) The following eight amino acids for adults are essential: leucine, isoleucine, lysine, methionine phenylalanine, threonine, tryptophan and valine (Cataldo, Debruyne & Whitney, 1992; Beasley, & Knightly, 1994). The other fourteen amino acids can be produced in the body or provided by foods. Important dietary sources of amino acids include: meats, fish, poultry, seafood, eggs, dairy products, legumes and grains.

### Neurotransmitter Synthesis and Function

As mentioned above, amino acids are important in the function of the nervous system. A steady supply of glucose and amino acids are needed for the production of neurotransmitters--chemical messengers responsible for the transmission of electrical signals between the cells of the body and the nervous system and between neurons within the nervous system. Since neurotransmitters are manufactured in the nervous system itself, the first step in synthesis is admission into the nervous system.
The amount and type of amino acids allowed entry is regulated by selective competition for enzyme carriers. All though not all the pathways for synthesizing neurotransmitters are known, a few have been well documented in the literature, for instance: L-tryptophan is incorporated in the synthesis of serotonin; L-phenylalanine and L-tyrosine are incorporated into dopamine and norepinephrine; L-glutamine is incorporated into GABA. It has also been noted that some amino acids serve as enzyme inhibitors, for example D-phenylalanine inhibits the enzyme enkephalinase that renders enkephalins inactive (Blum, Payne & Rassner, 1990; Cataldo, Debruyne, & Whitney, 1992).

The selective competition for carriers complicates dietary manipulation of neurotransmitter synthesis. For example, to raise production of the neurotransmitter serotonin in the brain, the brain must have an increase in the supply of tryptophan. Tryptophan uptake, however, is limited by competition from other amino acids. To increase the level of tryptophan that crosses into the brain, a high carbohydrate meal must be ingested, that then causes the release of insulin that drives the competing amino acids into other cells and decreases competition for the carriers. Therefore, merely increasing the supply of a particular amino acid does not affect the quantity of that amino acid reaching the brain. Once the neurons are provided with adequate levels of amino acids, serum glucose and the other necessary materials, they are then able to produce neurotransmitters (Cataldo et al., 1992).

The function of neurotransmitters is to allow communication between one neuron and the next. Neurotransmitters are either excitatory or inhibitory. When stimulated, a presynaptic cell releases neurotransmitters into the synapse between neurons. The neurotransmitters attach to specific receptor cells on the proximal neuron and either cause or prevent the firing of that neuron. In this manner communication between the neurons and, ultimately, behavior is controlled. If the neurotransmitter supply is limited or if they are prohibited from reaching the receptor mechanisms, abnormal cell function and abnormal impulsive behaviors such as substance abuse can result (Blum, Payne, & Rassner, 1990; Cataldo et al., 1992; Landry, 1994).

In the mammalian brain, neurotransmitters associated with survival (those involved in thirst, hunger, reproduction, pleasure and satiety) on a daily basis include dopamine, norepinephrine, γ-aminobutyric acid (GABA), serotonin and the endogenous opioid peptides: endorphins, enkephalins, and dynorphins. These neurotransmitters are also strongly associated with chemical dependency and the "craving" experienced by addicts (Blum et al., 1990; De Witte, 1996; Gianoulakis, 1996). The interaction between these neurotransmitters, and the increasing frequency of multiple drug use suggests a common underlying link among all the addictions (Blum, et al., 1990; Miller, 1991; Erickson, 1996).

**Effects of Chemical Abuse on Neurotransmitter Metabolism**

Much of the research on addiction and neurotransmitters has focused on the mesolimbic system. This system is composed of the hypothalamic control centers that govern survival, and the medial forebrain bundle (MFB). The MFB consists of the ventral tegmental area (VTA) the nucleus accumbens (ACC), the lateral hypothalamus and the frontal cortex. The 'reward area,' also known as the "pleasure pathway," is located in the MFB and is considered to be primarily responsible for the positive reinforcement experienced with chemical dependency (Blum et al., 1990; De Witte, 1996; Erickson, 1996). Chemicals of all types, even those with opposing effects, seem to affect the pleasure pathway, but, at different areas and through differing neurotransmitters. For instance, opiates primarily affect the VTA, and stimulants, such as cocaine, affect the ACC primarily. Yet, both cause euphoria and an enhanced state of well being (Erickson, 1996). Alcohol has no specific receptor in the brain, yet, it is theorized that alcohol metabolizes into opiate-like substances called tetrahydroisoquinolines (TIQs) which then stimulate the opioid receptor sites to produce euphoria (Erickson, 1996; Miller 1991).

Neurotransmitters are directly involved with production of euphoria. Cocaine, opiates, nicotine, THC, and PCP and alcohol are theorized to cause euphoria by increasing serotonin, dopamine, endorphin and enkephalin release in the ACC. Opiates and alcohol (TIQs) barbiturates and benzodiazepines seem to affect the VTA and/or the LC through the inhibition of GABA and the increased release of norepinephrine (Erickson, 1996; Gold, & Miller, 1992; Blum et al., 1990). Repeated abuse of chemicals is associated with changes in the neurochemistry of the brain that causes increasing sensitivity to the chemicals. This adaptation may result in a 'like' pathway, in which the brain begins to 'like' the effect of the drug and this in turn could be related to the development of tolerance to the chemical (Erickson, 1996; Robinson, & Berridge, 1993).

Not only are neurotransmitters associated with the development of a 'like pathway' but, they are also implicated in the development of a 'want' or 'need' pathway.

This 'need' pathway has been suggested in studies of alcoholics and some individuals suffering from eating disorders. They report a response more intense then craving they feel a

hunger or 'need' for the substance(s). Since the pleasure pathway goes through the hypothalamus that controls survival mechanisms, it is theorized that the calories or other physiological properties of alcohol or food may become meshed with an individual's sense of well being (Erickson, 1996; Lewis, 1996; Beasley and Knightly, 1994). This theory is not fully explored, however, if it is true then alcohol intake may be controlled by systems similar to those that mediate food intake and assist in maintenance of nutritional homeostasis. Further evidence of this connection involves the endogenous opioid system. Opioid agonists such as morphine increase both food and alcohol consumption, but treatment of non-obese individuals with naloxone, an opioid antagonist reduces food intake. Researchers believe that further study examining the role of the endogenous opioid system and its interaction with the other important neurochemical systems is needed to determine their roles in reinforcing both food, alcohol and perhaps other substance abuse (Lewis, 1996; Erickson, 1996).

Still, other theories exist about the role of genetics in disruption of neurotransmitter metabolism. A well-researched theory involves serotonin deficiency. People who are deficient in serotonin (which is responsible for promotion of a sense of well-being, sexual arousal, mood, rest, and appetite among other functions) first experience the initial elevation of serotonin through alcohol, but then they also experience the secondary effects of alcohol use, which is the lowering of serotonergic activity. So, it is postulated that people use alcohol (and possibly other chemicals) to correct the initial low neurotransmitter supply; they then must drink more to overcome the secondary effect. A possible connection between decreased levels of endorphins and catecholamines and a genetic predisposition to addiction exists as well (Miller, 1991; Landry, 1994). Besides the deficiency theories there also exists a theory that a genetic alteration causes an overproduction of morphine -like substances that somehow facilitate addiction. Rats and monkeys imbibe more alcohol when these morphine-like substances are placed directly into the brain (Miller, 1991).

Other studies have mentioned a connection between alcohol craving and regulation of neurotransmitters by food ingestion. In 1972, Register, et al. manipulated the nutrient content of laboratory rat's diets and concluded that diets high in simple sugars and caffeine but low in nutrients may cause alcohol cravings by disrupting metabolic control mechanisms in the hypothalamus. In 1983, Guenther, in a controlled study, divided patients diagnosed as alcoholics into two groups. The first group received the standard treatment for alcoholism: inpatient alcohol education, AA meetings, group counseling and out placement counseling and follow up. The second group received the above-mentioned treatment but also received dietary interventions, nutrition counseling and supplementation, as needed. Six months after discharge 81% of the nutrition intervention group were abstinent compared with 37% of the control group. In their book Food for Recovery, (1994), Beasley and Knightly report on a study conducted by Dr. Beasley that was based upon the Guenther study. In this study, (published in 1991 in The Journal of Substance Abuse Treatment) patients spent twenty - eight days in the hospital setting. The clients received the traditional treatment plus nutrition education, nutrient supplementation, testing for potential food allergens and an individualized nutritious diet that limited exposure to the potential allergens. At the end of one year 91 of the original 111 patients remained in the program and 74% of these had maintained sobriety as opposed to the estimated 85% failure rate experienced with traditional treatment alone.

Biery, Williford & McMullen (1991) conducted a pilot study to determine the effectiveness of a nutrition education program as an adjunct to a traditional alcoholic treatment program based on the twelve step program of Alcoholics Anonymous. Although the number of respondents available for follow up questioning was too small to permit adequate statistical analysis, they were still able to report a 100% sobriety rate plus a significant (63%) decrease in perceived alcohol craving reported by the treatment group at four months. The control group reported 100% sobriety at the four month follow up, but they reported a 30% increase in perceived alcohol craving. Although these studies did not directly measure the effects of diet on neurotransmitter metabolism, the decreased alcohol craving and/or increased levels of sobriety reported indicates that neurotransmitter metabolism may be restored by nutritional intervention.

Blum, Trachtenberg & Ramsey (1988) decided to investigate another aspect of the role of nutrition therapy on neurotransmitter metabolism. In a pilot study using a neurotransmitter restoration agent consisting of an amino acid /vitamin supplement, they were able to demonstrate a decreased craving for alcohol in alcoholics in an inpatient rehabilitation setting. This supplement consisted of DL-phenylalanine, L-glutamine, L-tryptophan and pyridoxal-5-phosphate. Later studies by Blum et al. (1990) describe reduced stress levels and improved physical, psychological and spiritual status in substance abusers treated with these compounds when compared with those given placebos, vitamin B complex pills or narcotic antagonist medications alone. Patients treated with SAAVE™, and TROPAMINE™ supplements (consisting of amino acids and vitamins) have demonstrated lowered relapse rates and lowered substance craving as measured by the BUR scale in the studies described. In one particular example, opiate abusers treated with a narcotic antagonist Trexan and Saave remained abstinent an average of 180 days longer than those treated with Trexan alone. Stimulant abusers treated with Tropamine had a dropout rate of 4.6% compared with the control group's dropout rate of 37%; they also reported a drug craving score 50% lower than the control group's score.

Because of the nature of chemical abuse, many addicts suffer from both disturbed intake and malabsorption of the nutrients needed to sustain either physical or mental health. Research suggests that neurotransmitter metabolism is disturbed both by the ravages of the disease and the lack of the nutrients needed to produce the neurotransmitters and/or the associated regulatory enzymes. More studies which focus on nutritional intervention and its effect on the neurochemistry of addicts are needed.

**Implications and Recommendations**

Most of the studies involving neurotransmitter metabolism have focused on the pharmacological treatment of neurotransmitter dysfunction (Miller, 1995). The studies mentioned above that link decreased substance cravings and regulation of neurotransmitter metabolism by nutrient supplements are not conclusive enough to recommend any particular supplement for use in recovery. While the results appear promising, especially for those in the withdrawal or early recovery stages, so far Blum and his colleagues are the only

investigators to publish research on these compounds. More research by independent investigators is needed to reduce the threat of potential researcher bias before specific recommendations for using these supplements can be made.

Another implication that can be drawn from the research is that a healthful diet, together with appropriate vitamin and mineral supplementation, is important in restoring proper neurotransmitter metabolism. Since many addicts may lack the knowledge needed to attain a healthful diet, nutrition counseling is often needed (Guenther, 1983; Biery et al.,1991; Beasley, & Knightly, 1994).

To restore proper neurotransmitter metabolism, the first recommendation would be to abstain from the chemicals of abuse. The second is to consume a variety of foods, especially legumes, whole grains, nuts, fish, seafood, skinless poultry, lean meats, eggs and low or nonfat dairy products. These foods are sources of the amino acids, B-vitamins, essential fatty acids and glucose needed to restore correct neurotransmitter synthesis and function. Fruits and vegetables are also important, they provide fiber, vitamins, minerals and antioxidants needed to repair and maintain all the systems of the body. Fruit is especially helpful for those suffering from hypoglycemia, as fructose can both raise blood sugar immediately and sustain blood glucose levels for a longer period than sucrose (table sugar) or glucose. The third recommendation consists of frequent snacking on healthful foods and the reduction or elimination of simple sugars and caffeine to eliminate the physiological stress associated with impaired glucose and neurotransmitter homeostasis (Biery et al., 1991; Cataldo, Debruyne & Whitney, 1992).

## Conclusion

The first section reviewed essential fatty acid and prostaglandin metabolism and how alcohol abuse alters fatty acid and PG metabolism. Research shows that alcohol alters fatty acid composition of cell membranes by decreasing the ratio of AA to LA through inhibition of the delta-5 and delta-6 desaturases. LA in the diet is usually converted to the less desirable PG series #2 that may contribute to cardiovascular disease and cirrhosis. Other studies indicate that alcohol abuse is also responsible for the initial increased production and eventual depletion of PGE-1 that may contribute to withdrawal symptoms and relapse. A

nutrient supplement, evening primrose oil, was evaluated to determine the mechanism of action and feasibility of long term supplementation. Since evening primrose oil contains large amounts of LA, it was recommended that supplementation beyond the withdrawal period be discouraged. To restore this altered metabolic pathway, a low saturated fat diet, high in fish, fruits and vegetables was recommended.

The second section reviewed neurotransmitter synthesis and function and the effects of chemical abuse on that system. Neurotransmitter metabolism is affected by genetic factors, chemical abuse and nutrients. Researchers discovered that the mechanism of action of most drugs is to activate neurotransmitter release in the pleasure pathway of the brain that causes euphoria. Drugs also affect the hypothalamic centers responsible for survival to create a condition in which the body 'needs' the substance. Eventually, neurotransmitter metabolism is disrupted by both the disease itself and the lack of the nutrients needed to produce the neurotransmitters and associated regulatory enzymes. Two nutrient supplements were examined in this section: SAAVE™, and TROPAMINE™. Both supplements have demonstrated a decreased incidence of craving and relapse, however, supplementation was not recommended due to a lack of adequate research. Specific recommendations for restoring appropriate neurotransmitter function include: eating a variety of amino acid and B vitamin containing foods, maintaining blood glucose homeostasis through frequent healthful snacks and reduction or elimination of simple sugars and caffeine from the diet.

Overall, the nutrition recommendations for restoration of both the fatty acid/prostaglandin and neurotransmitter metabolic pathways compliment each other. Abstinence and a healthful diet low in saturated fats, simple carbohydrates and caffeine and high in fish, legumes, low or nonfat dairy products, complex carbohydrates, fruits and vegetables are essential. Frequent healthful snacks will help to prevent hypoglycemia and, possibly, substance craving. Nutrient supplements are recommended only to correct deficiency states, so as not to disrupt any other metabolic pathways. A nutrition education program that includes sessions on shopping and preparing food is an important part of successful substance abuse treatment.

**References**

Anton, R., & Randall, C. (1987) Central nervous system prostaglandins and ethanol. Alcoholism: Clinical and Experimental Research, 11, 10-18.

Beasley, J.D., & Knightly, S. (1994). Food for recovery. New York: Crown Publishers

Biery, J., Williford, Jr, H., & McMullen, E. (1991) Alcohol craving in rehabilitation: Assessment of nutrition therapy. Journal of the American Dietetic Association, 91, 463-466.

Blum, K., Rassner, M., & Payne, J. (1990) Neuro-nutrient therapy for compulsive disease: Rationale and clinical evidence. Addiction & Recovery, 8, 12-16, 28-29.

Blum, K., Trachtenberg M. C., & Ramsey J.C. (1988). Improvement of inpatient treatment of the alcoholic as a function neurotransmitter restoration: A pilot study. International Journal of Addictions, 23(9): 951-958.

Cataldo, C.B., Debruyne, L.K., & Whitney, E.N. (1992) Nutrition and diet therapy (3rd ed.). Los Angeles: West Publishing Company.

De Witte, P. (1996). The role of neruotransmitters in alcohol dependence: Animal research. Alcohol & Alcoholism, 31(1): 13-16.

Erickson, C.K. (1996). Review of neurotransmitters and their role in alcoholism treatment. Alcohol & Alcoholism, 31(1): 5-11.

Fenn, G., Lynch, M., Nhamburo, P., Caberos, L., & Littleton, J. (1983). Comparison of effects of alcohol on platelet function and synaptic transmission. Pharmocological Biochemical Behavior, 18, 37-46.

George, F., & Collins, A. (1985). Ethanol's behavioral effects may be partly due to increases in brain prostaglandin production. Alcohol Clinical Experimental Research, 9, 143-146.

George, F., & Meisch, R. (1990). Cyclo-oxygenase inhibitors antagonize the rate-depressant effects of ethanol on fixed-ratio responding. Alcohol, 7, 355-360.

Gianoulakis, C. (1996). Implications of endogenous opioids and dopamine in alcoholism: Human and basic science studies. Alcohol & Alcoholism, 31 (1): 33-42.

Gold, M. S., & Miller, N.S. (1992). Seeking drugs/alcohol and avoiding withdrawal: The neuroanatomy of drive states and withdrawal. Psychiatric Annals, 22: 430-435.

Guenther, R. M. (1983). The role of nutritional treatment in alcoholism treatment. International Journal of Biosocial Research, 4: 5-18.

Horrobin, D. (1987). Essential fatty acids, prostaglandins and alcoholism: An overview. Alcoholism: Clinical and Experimental Research, 11: 2-7.

Landry, M. J. (1994). Serotonin and impulse dyscontrol. Behavioral Health Management, 1: 35-37.

Lewis, M. J. (1996). Alcohol reinforcement and neuropharmacological therapeutics. Alcohol & Alcoholism, 31 (1): 17-25.

Miller, N. S. (1991). Special problems of the alcohol and multiple-drug dependent: Clinical interactions and detoxification. In Francis, R. J., & Miller, S. I. (Eds.), Clinical textbook of addictive disorders. (pp. 199-209). New York: Guilford Press.

Miller, N. S. (1995). Treatment of the addictions: Applications of outcome research for clinical management. Alcoholism Treatment Quarterly, 12(2): 1-22.

Nanji, A., Hossein, M., Yang, E., Fogt, F., Meydani, M., & Dannenberg, A. (1995). Dietary saturated fatty acids: a novel treatment for alcoholic liver disease. Gastroenterology, 109: 547-554.

Nervi, A., Peluffo, R., & Brenner, R. (1980). Effects of ethanol administration of fatty acid desaturation. Lipids, 15, 263-268.

Pediconi, M., Colombo, C., & Galli, C. (1985). Effect of acute and chronic ethanol administration on thromboxane and prostacyclin levels and release in rat brain cortex. Prostaglandins, 30: 313-322.

Register, U. D., Marsh, S. R., Thurston, C. T., Fields, B. J., Horning, M.C., Hardinge, M. G., & Sanchez A. (1972). Influence of nutrients on intake of alcohol: Free choice consumption by rats fed human diets. Journal of the American Dietetic Association, 61: 159-162.

Robinson, T. E., & Berridge, K. C. (1993). The neural basis of drug craving: An incentive-sensitization theory of addiction. Brain Research Reviews, 18: 247-291.

Reitz, R. (1993). Dietary fatty acids and alcohol effects on cellular membranes. Alcohol and Alcoholism, 28: 59-71.

Segarnick, D., Ryer, H., & Rotrose, J. (1985). Precursor and poll-dependent differential effects of ethanol on human platelet prostanoid synthesis. Biochemical & Pharamacological News, 34: 1343-1346.

Wardlaw, G., & Insel, P. (1993). Perspectives in nutrition. New York: Mosby-Year Book, Inc.

Appendix A


n-6 EFAs
#
Delta-6-desaturation
Gamma-linolenic Acid
Elongation
Dihomogammalinolenic Acid
+
#1 series eicosanoids
Delta -5-desaturation
#
Arachidonic Acid
+#
#2 series eicosanoids
n-3 EFAs
#
18:4n-3
20:4n-3
#
Eicosapentaenoic Acid
#3 series eicosanoids