| Program Descriptions | InnerBalance - A Natural Approach To Recovery 1998-2000 | HRC of Colorado 2001-2004 | InnerBalance Health Centers - 2005 |
|---|---|---|---|
| Assessments | Yes | Yes | Yes |
| Intakes | Yes | Yes | Yes |
| Groups | Yes | Yes | Yes |
| Indiv. Mental Health Couns. | Yes | Yes | Yes |
| Indiv. Nutritional Sessions | Yes | No | Yes |
| Individual BioCounseling | Yes | Yes | Yes |
| Doctor Intake | Yes | Yes | Yes |
| Doctor Follow Up | Yes | Yes | Yes |
| IV Therapy | Yes | Yes | Yes |
| Nutritional Therapy (Supp.) | Yes | Yes | Yes |
| Lab Testing | Yes | Yes | Yes |
| Housing | No | Yes | No |
| AA Meeting | Yes | No | Yes |
| Treatment Duration | 48 days | 30 days | 35 days |
| Weekend Groups | No | No | Yes |
| Exercise Classes | No | No | Yes |
| Yoga Classes | No | No | Yes |
| Meditation | Yes | No | Yes |
| Cooking Classes | No | No | Yes |
| Field Trips | Yes | No | Yes |
| Spirituality | Yes | No | Yes |
| Aftercare | 6 months | 4.5 months | Unlimited |
| Accupunture | Yes | No | Yes |
| Massage Therapy | Yes | No | Yes |
| Steam Sauna | No | No | Yes |

ProgramDescriptionRon

EXHIBIT 3

tabbles