Joe Eisele is a Nationally Certified Alcohol and Drug therapist, with sixteen years experience treating addictions in the Fort Collins area. Joe also has specialized training from the Johnson Institute, in intervention techniques.

Ron Graham has a MS degree. He has also studied under Dr. Depak Chopra, and is a certified instructor from the Chopra Center for Well Being. Ron has been on his own healing journey from drugs and alcohol, following a natural/holistic path for the last ten years.

**A Natural Approach to Recovery**

**Respectful, Effective Home Visit Consultations**
**"We Personalize A Plan To Meet Your Individual Needs"**
**970-495-4680**

**www.innerbalancerecovery.com**

At Inner Balance, confidential physiological screening and stabilization are utilized along with motivational therapy to tailor a recovery plan to meet the needs of each individual.

*A New Understanding*
*A New Approach, &*
*Proven Results!*

**Inner Balance Recovery**
**1017 Robertson**
**Fort Collins, Colo. 80524**
**Phone: 970-495-4680**
**Fax: 970-490-6161**

# Inner Balance

*A Natural Approach to Recovery*

EXHIBIT 4

tabbies

970- **495-4680** Fax 970-490-6161
1017 Robertson Ft Collins, CO 80524

## New Answers For Alcohol and Drug Dependency

Many experts believe that addictions have underlying causes directly or indirectly related to neurochemical imbalances brought about by nutritional and or hormonal problems.
Recent research studies support this belief and acceptance of the importance of balancing neurochemicals in the treatment of addiction is gaining within the medical and treatment fields.

Studies show that up to 80% of individuals receiving conventional treatments for addiction, relapse within the first two years. Why is this rate so high? Present treatment methods fail to relieve much of the depression, anxiety and cravings that are characteristic of addictions. For example, studies show that a pattern of nutritional and hormonal imbalances often accompany chronic ingestion of alcohol.

Conventional "talk therapy" treatment alone brings far less effective results than treatment which includes biochemical repair.

## The Nutritional Connection

A combination of an individual's genetic factors and nutritional deficiencies can lead to neuro-chemical imbalances and depletion of a number of the brain chemicals. Certain nutrients can put an end to cravings, depression, and emotional instability.

## InnerBalance Approach

The staff at InnerBalance will work with clients to create unique recovery plans to meet the needs of each individual. Each plan will include physical, psychological and personal growth strategies that are critical for maintenance and stability in the recovery process.

The Inner Balance system enhances the physical and emotional adjustment of a person going through the detoxification process, allowing them to respond more positively to behavioral therapy. Psychological tools such as life style changes, counseling, A.A. and or N.A. may be introduced to rebuild physical, spiritual and emotional health.

## A New Bridge for Life-long Sobriety

Are you in the recovery process, but still experiencing emotional instability? Are you wondering why sobriety alone hasn't brought relief? Biochemical imbalances may underlie your addiction and be complicating your recovery.

Techniques available to evaluate and correct these imbalances are utilized at InnerBalance. Restoring balance in your brain chemistry can be an important adjunct to the recovery process and Twelve Step Programs. If you are an individual who has previously been through conventional treatment or is currently in the recovery process, evaluation and treatment of chemical imbalances may be of great value to you in supporting your sobriety.

Inner Balance
A Natural Approach to Recovery