**Inner Balance**
*A Natural Approach to Recovery*

**A NATURAL APPROACH TO TREATING ADDICTIONS**

*17 Years Experience*

**Respectful**
**Effective**
**Remain on the Job**

*"We Personalize a Plan To Meet Your Individual Needs"*

**495-4680**

1017 Robertson Fort Collins



*Ron Graham, MS*
*Joseph Eisele, NCAC*

QIN: P55810446
INNER BALANCE • 970-495-4680
**FORT COLLINS** • Q02K • **SPEC**
ALCOHOLISM • 400101
WENDY MILLER • **(970) 229-1339** • (T) Ft. Collins Office
Created by: Ft. Collins Graphics Artist: Jami Spitz X1352
**10-20-99 6:30 AM**

EXHIBIT
5
tabbies