# Inner Balance

*A Natural Approach to Recovery*

Do you know someone who is looking for answers and freedom from drug or alcohol dependency? Have you wondered why some individuals still have difficulties with sobriety even after completing a treatment program?

We at InnerBalance are committed to the treatment of addictions and look forward to providing assessments, counseling and the most recent advances in treatment procedures. That is why we are excited to share the latest findings and research on addiction with you. InnerBalance assesses each individual's need, while working to develop treatment plans that will effectively match the goals of each person. To make the process of assessment complete, InnerBalance works in partnership with an on-site medical team as well as other health care professionals.

In the past, many conventional treatment programs have centered on behavioral and psychological rehabilitation, based on the assumption that emotional problems trigger heavy drinking. Within the last few years research has focused its attention on the genetic precursors of addiction. As a result, there is growing acceptance among the medical and professional community that many people are born with a predisposition for biochemical vulnerability.

We now understand that evaluating neurochemical imbalances and nutritional deficiencies can be an important adjunct to professional treatment and Twelve Step programs. Improving a person's general condition, and easing the discomfort of withdrawal, enables sobriety to occur and be sustained.

Our approach is comprehensive, beginning with metabolic stabilization and screening.

Amino acid assessment
Simple blood and urinalysis
Thyroid, adrenal - DHEA assessment
Blood sugar (hypoglycemia ) analysis
Minerals, vitamins (evaluation and recommendation)
In addition we provide psychological assessment, and individualized treatment plans
Program development and follow-up

This approach can also benefit clients who have previously been through conventional treatment, who are in recovery with programs such as Alcoholics Anonymous.

This information, can offer an avenue for life-long sobriety and optimal health, and be far less costly than traditional treatment. If you have further questions, please call Joe Eisele or Ron Graham, at InnerBalance 495-4680 or **www.innerbalancerecovery.com**. We look forward to working with you

Sincerely,

EXHIBIT 6

tabbies