# *Yeast Sensitivity*

Great Smokies Diagnostic Laboratory℠
63 Zillicoa Street
Asheville, NC 28801-1074

Patient:

ID#: Age: 43 Sex: Female

Collected: 6/1/98 Received: 6/2/98 Completed: 6/11/98

Jacqueline Fields, MD
1017 Robertson
Fort Collins, CO 80524

## *Sensitivity to Antifungal Agents*

*Minimum Inhibitory Concentration µg/ml*
*(lowest concentration required to inhibit growth of organism)*

| | Candida albicans | | | |
|---|---|---|---|---|
| | Most sensitive | Sensitive | Least sensitive | Ref.* |
| **Prescriptive Agents** | | | | |
| **Fluconazole** | <0.5 | | | 2 |
| **Itraconazole** | | 2 | | 2 |
| **Ketoconazole** | <0.5 | | | 2 |
| **Nystatin** | | 10 | | 10 |
| **Natural Substances** | | | | |
| **Berberine** | | | 500 | 160 |
| **Caprylic Acid** | | 500 | | 500 |
| **Garlic** | 250 | | | 500 |
| **Undecylenic** | | | 1000 | 500 |
| **Plant tannins** | | | 160 | 8 |
| **Uva Ursi** | | | 500 | 160 |

*Based on our studies the majority of isolates will be inhibited at this level or range.

Antifungal agents in this column are **most** effective in inhibiting growth of this organism.

Antifungal agents in this column have satisfactory effectiveness in inhibiting growth of this organism.

Antifungal agents in this column are **least** effective in inhibiting growth of this organism.

EXHIBIT
tabbies
1

# Bacterial Sensitivity (Gram negative)

Great Smokies Diagnostic Laboratory℠
63 Zillicoa Street
Asheville, NC 28801-1074

Patient:
ID#: Age: 43 Sex: Female
Collected: 6/1/98 Received: 6/2/98 Completed: 6/11/98

Jacqueline Fields, MD
1017 Robertson
Fort Collins, CO 80524

## Sensitivity to Antimicrobial Agents

*Minimum Inhibitory Concentration µg/ml*
*(lowest concentration required to inhibit growth of organism)*

| | Klebsiella pneumoniae | | | | Citrobacter freundii | | | |
|---|---|---|---|---|---|---|---|---|
| **Prescriptive Agents** | | | | Ref.* | | | | Ref.* |
| **Augmentin** | <=8,S | | | | | | >=32,R | |
| **Ampicillin** | | | >=32,R | | | | >=32,R | |
| **Carbenicillin** | | | 64,R | | <=16,S | | | |
| **Cefonicid** | <=4,S | | | | <=4,S | | | |
| **Cephalothin** | <=2,S | | | | 8,S | | | |
| **Ciprofloxacin** | <=0.5,S | | | | <=0.5,S | | | |
| **Tetracycline** | <=1,S | | | | <=1,S | | | |
| **Trimethoprim/Sulfa** | <=10,S | | | | | | >=320,R | |
| **Natural Substances** | | | | Typical* ug/ml | | | | Typical* ug/ml |
| **Berberine** | | | >10000 | 5000-10000 | | | >10000 | 5000-10000 |
| **Oregano Oil** | | | 2500 | 312-1250 | | 1250 | | 312-1250 |
| **Plant tannins** | | 5000 | | 5000-10000 | | 5000 | | 5000-10000 |
| **Uva-Ursi** | | 20000 | | 20000 | 10000 | | | 20000 |

*Based on our studies the majority of isolates will be inhibited at this level or range.

Indicates sensitivity to prescriptive agents; Indicates more sensitivity to natural substances

Indicates intermediate sensitivity to prescriptive agents; Indicates typical sensitivity to natural substances.

Indicates resistance to prescriptive agents; Indicates less sensitivity to natural substances.

### *Interpretation*

We recommend selecting the agents which appear in the Green column as these will probably be most effective against the organism. If this is not possible, agents appearing in the Yellow column will probably be acceptable. It is probably not desirable to select agents in the Red column as they are less effective. Natural Products: These natural products should be considered investigational in nature and not standard clinical treatment substances.

# Comprehensive Digestive Stool Analysis

Great Smokies Diagnostic Laboratory℠
63 Zillicoa Street
Asheville, North Carolina 28801-1074

Patient:

ID#: Age: 43 Sex: Female

Jacqueline Fields, MD
1017 Robertson
Fort Collins,CO 80524

Collected:6/1/98 Received:6/2/98 Completed:6/11/98

## Digestion

| Test | Result | Reference scale |
|---|---|---|
| Triglycerides (%) | 0.1 | 0 – 0.3 (scale to 2) |
| Chymotrypsin (IU/g) | 4.0 | 6.2 – 41 (scale 0 to 75) |
| Valerate, iso-Butyrate (umoles/g) | 0.8 | 0 – 10 (scale to 30) |

| | Normal | Abnormal | Ref. |
|---|---|---|---|
| Meat Fibers | 0 | | 0 |
| Veg. Fibers | 4 | | 0-4 |

## Absorption

| Test | Result | Reference scale |
|---|---|---|
| LCFAs (%) | 0.4 | 0 – 1.1 (scale to 5) |
| Cholesterol (%) | 0.0 | 0 – 0.3 (scale to 2) |
| Total fecal fat (%) | 0.5 | 0 – 1.6 (scale to 5) |
| Total SCFAs (umoles/g) | 47 | 56 – 156 (scale 0 to 200) |

## Colonic Environment

### Microbiology

**Beneficial Bacteria**

| Organism | Result |
|---|---|
| Lactobacillus | 0+ |
| Bifidobacterium | 4+ |
| Escherichia coli | 0+ |

**Additional Bacteria**

| Organism | Result |
|---|---|
| Bacillus species | 1+ |
| Citrobacter freundii | 4+ |
| Gamma strep | 4+ |
| Klebsiella pneumoniae | 4+ |
| Enterobacter cloacae | 4+ |

### Mycology

| Organism | Result |
|---|---|
| Candida albicans | 4+ |

Microscopic yeast from parasite exam: None

normal flora | imbalanced flora | possible pathogen

### Metabolic Markers

| Test | Result | Reference scale |
|---|---|---|
| n-Butyrate (umoles/g) | 8.1 | 10 – 30 (scale 0 to 100) |
| B-Glucuronidase (IU/g) | 3 | 0 – 300 (scale to 600) |
| pH | 6.9 | 6 – 7.2 (scale to 9) |

SCFA distribution:

| | Reference | Result |
|---|---|---|
| % Acetate | (54-67%) | 76 |
| % Propionate | (16-24%) | 7 |
| % n-Butyrate | (14-23%) | 17 |

Scale: 0, 25, 50, 75, 100

### Immunology

| Test | Result | Reference scale |
|---|---|---|
| Fecal sIgA (ug/g) | 151 | 44 – 183 (scale 0 to 260) |

### Macroscopic

| | Optimal | Abnormal | Ref. |
|---|---|---|---|
| Color | BROWN | | Brown |
| Mucus | None | | None |
| Occult blood | Negative | | None |

Histograms represent idealized data based upon large populations

## Additional Tests

| Test | Normal | Abnormal | Ref. |
|---|---|---|---|
| Presumptive Campylobacter jejuni | | | Negative |
| Enterohemorrhagic Escherichia coli cytotoxin | | | Negative |

## Bacterial Dysbiosis Index

Result: 20

Scale: 0 OPTIMAL 4 SLIGHT 7 MODERATE 11 SEVERE 20

## Comments

DIGESTION While meat and vegetable fibers, triglycerides and the putrefactive short chain fatty acids valerate (iso- and n-) and iso-butyrate are all within the reference range, chymotrypsin is depressed. Chymotrypsin is a key enzyme catalyzing protein digestion. Thus, fecal chymotrypsin is a measure of proteolytic activity and is a marker for pancreatic enzyme output as a whole. Decreased values may reflect pancreatic insufficiency, inadequate stomach acid for enzyme activation, or prolonged transit time. Any of these causes are consistent with protein maldigestion.
ABSORPTION While long chain fatty acids, cholesterol and total fecal fats are all within the reference range, total short chain fatty acids are depressed. Short chain fatty acids are the end products of microbial fermentation of undigested carbohydrates and fiber. Decreased levels may reflect insufficient normal colonic flora, a diet low in fiber or prolonged transit time.
METABOLIC Butyrate is depressed and the short chain fatty acid (SCFA) distribution is imbalanced. Butyric acid is the most important of the short chain fatty acids, and the main energy source for colonic epithelial cells. Adequate amounts are necessary for the healthy metabolism of the colonic mucosa, and have been shown to have protective effects against colorectal cancers. Decreased levels of butyric acid are associated with a higher risk for colon cancer and ulcerative colitis. The SCFA distribution shows the relative proportions of the three beneficial SCFAs. At least one is outside the reference range, suggesting some imbalance in bowel ecology. This should be assessed in the context of other markers.
IMMUNOLOGY Secretory IgA (S-IgA) is within the normal reference range. S-IgA is secreted by the intestinal mucosa and is the primary immunoglobulin in intestinal fluids. S-IgA acts as the first line of immunological defense in the gastrointestinal tract.
MICROBIOLOGY Sufficient amounts of Bifidobacteria appear to be present in the stool. However, Lactobacilli and E. coli were found in lower than optimal levels. "Friendly bacteria" are important for gastrointestinal function, as they are involved in vitamin synthesis, natural antibiotic production, immune defense, detoxification of pro-carcinogens and a host of other activities. Maintaining these levels is important for supporting the health of the digestive system. Even in the absence of possible pathogenic yeast or bacteria, these decreased levels may place one at increased risk for various chronic diseases. Reestablishing healthy levels may be desirable.

If imbalanced flora is present, it is best interpreted in the context of other CDSA markers. Imbalanced bacterial flora is a common finding. It can occur as a result of a parasite of bacterial infection, yeast overgrowth, or poor nutrition and maldigestion. The effects of imbalanced bacterial flora can be profound, and can lead to dermatologic, rheumatologic, and other systemic complaints, as well as GI disturbances.

Citrobacter freundii has been implicated in diarrheal disease and possesses an antigen similar to some strains of Salmonella, which may cause cross-reactive immune reactions. The production of an E. coli-like heat stable toxin by a certain strain of C. freundii is well-established. Citrobacter may also be able to invade the intestinal mucosa and cause irritation. Considered a possible pathogen in any amount.

Klebsiella (related to Enterobacter) infections are often acquired in hospitals, mainly in patients with diminished host resistance. Klebsiella is generally very resistant to antibiotics. In other sites or systemically, it can cause cystitis, pneumonia, prostatitis and bacteremia. In the intestine, it is commonly asymptomatic, though it may cause diarrhea. Recent research links an intestinal Klebsiella infection with several autoimmune diseases including Ankylosing Spondylitis. Considered a possible pathogen in the amount of 3-4+.
MYCOLOGY The amount of 2-4+ yeast is substantially greater than normal. While yeast are identified in a great many fecal specimens, this amount represents an overgrowth condition.
ADDITIONAL TESTS These tests were not ordered with this panel.
DYSBIOSIS INDEX The bacterial Dysbiosis Index is severely elevated, suggesting extreme alteration in bacterial gut ecology. The Dysbiosis Index is a calculated score, based solely on gut microbiology, pH, short chain fatty acids and B-glucuronidase. It does not reflect parasites or such factors as digestion, absorption and immune function, any of which can influence bacterial balance.

MetaMetrix Clinical Laboratory
5000 Peachtree Ind. Blvd., Norcross, GA 30071
(770) 446-5483 • Fax (770) 441-2237

| Accession Number | | |
|---|---|---|
| 130856 | | |
| Patient | Age 52 | Sex M |
| Date Collected 12/08/99 | Date Received 12/09/99 | Report Date 12/17/99 |
| Telephone | Fax | |
| Comments | | |

*Ordering Physician*

InnerHealth
1017 Robertson
Ft. Collins, CO 80524

## T11 Amino Acid Analysis - 20 Plasma

*Methodology: Reversed phase HPLC*

| | | Results | | Reference Limits |
|---|---|---|---|---|
| ESSENTIAL AMINO ACIDS | Arginine | 57 | µmol/L | 35 - 160 |
| | Histidine | 59 L | | 65 - 150 |
| | Isoleucine | 44 L | | 50 - 160 |
| | Leucine | 89 L | | 105 - 250 |
| | Lysine | 82 L | | 90 - 250 |
| | Methionine | 50 | | 20 - 60 |
| | Phenylalanine | 53 | | 45 - 140 |
| | Threonine | 103 | | 85 - 250 |
| | Tryptophan | 52 | | 45 - 120 |
| | Valine | 135 L | | 180 - 480 |
| ESSENTIAL AMINO ACID DERIVATIVES | | | | |
| Neuroendocrine Metabolism | Glycine | 170 L | | 200 - 450 |
| | Serine | 60 L | | 80 - 200 |
| | Taurine | 42 L | | 50 - 250 |
| | Tyrosine | 255 | | 140 - 360 |
| Ammonia/Energy Metabolism | Asparagine | 36 | | 35 - 100 |
| | Aspartic acid | 8 | | 6 - 30 |
| | Citrulline | 15 | | 15 - 70 |
| | Glutamic acid | 115 | | 45 - 200 |
| | Glutamine | 540 | | 450 - 1050 |
| | Ornithine | 36 | | 30 - 100 |

MetaMetrix Clinical Laboratory
5000 Peachtree Ind. Blvd., Norcross, GA 30071
(770) 446-5483 • Fax (770) 441-2237

| Accession Number | | |
|---|---|---|
| 130856 | | |
| Patient | Age 52 | Sex M |
| Date Collected 12/08/99 | Date Received 12/09/99 | Report Date 12/17/99 |
| Telephone | Fax | |
| Comments | | |

Ordering Physician

InnerHealth
1017 Robertson
Ft. Collins, CO 80524

T11 **Amino Acid Analysis - 20 Plasma**

*Methodology: Reversed phase HPLC*

## 30-Day Amino Acid Powder Supplement Recommendation

The table below shows the recommended custom amino acid formula based on the results of your laboratory test for plasma amino acid levels. The Base Formula contains a constant percentage of the essential amino acids. To achieve your optimal formula, additional amounts of individual amino acids ("Grams Added") are added and the "Base Formula amount" is adjusted so that the total weight is 300 grams of powder.

The final percentage in your powder will be different from those in the table because of the addition of specific amounts of each essential amino acid. One slightly rounded teaspoonful twice daily, morning and evening will provide approximately 10 grams of pure amino acids daily to complement other protein sources in your diet. Dosing may vary per individual and must be adjusted for children according to body size.

**This formula can be made up by a compounding pharmacist or is available from Metabolic Maintenance Products at 1-800-772-7873.**

Base Formula amount: **233 gm**

| | % of Base | | Grams Added |
|---|---|---|---|
| Valine (gm) | 11.10% | + | 17 gm |
| Leucine (gm) | 12.90% | + | 12 gm |
| Isoleucine (gm) | 9.40% | + | 7 gm |
| Phenylalanine (gm) | 12.90% | + | 0 gm |
| 5-Hydroxytryptophan (gm) | 0.00% | + | 1 gm |
| Methionine (gm) | 7.70% | + | 0 gm |
| Threonine (gm) | 8.10% | + | 0 gm |
| Lysine (gm) | 9.40% | + | 5 gm |
| Histidine (gm) | 10.10% | + | 6 gm |
| Arginine (gm) | 9.40% | + | 0 gm |
| Taurine (gm) | 0.00% | + | 19 gm |
| Pyridoxal-5-Phosphate (gm) | .30% | + | 0 gm |
| Alpha-ketoglutaric acid (gm) | 8.50% | + | 0 gm |

- Only the essential amino acids are included in this formula because from these your body makes all of the other amino acids, and thus raises the levels of any that might be low.

- Pyridoxal-5-phosphate (an active form of B6) and Alpha-Ketoglutaric Acid are cofactor nutients included in the powder. These are needed in the body's utilization of amino acids.

- The amino powder dissolves easily in a little warm water, followed by fruit juice. It may also be blended with applesauce. It should not be taken with any other form of protein or amino acid product.

- In most cases supplementation should continue for three months at which time another amino acid test should be done to re-evaluate the need for supplementation.

- Occasionally, people experience such an enhanced energy level that they should not take the second dose of the powder at bedtime, but earlier in the day.

MetaMetrix Clinical Laboratory
5000 Peachtree Ind. Blvd., Norcross, GA 30071
(770) 446-5483 • Fax (770) 441-2237

Accession Number: 135438

| Patient | | Age | Sex |
|---|---|---|---|
| | | 36 | F |

| Date Collected | Date Received | Report Date |
|---|---|---|
| 02/29/2000 | 03/01/2000 | 03/09/2000 |

Telephone | Fax

Comments

*Ordering Physician*

InnerBalance
1017 Robertson
Ft. Collins, CO 80524

## 1 Amino Acid Analysis - 20 Plasma

*Methodology: Reversed phase HPLC*

| | | Results | | Reference Limits |
|---|---|---|---|---|
| **ESSENTIAL AMINO ACIDS** | Arginine | 122 | µmol/L | 65 - 160 |
| | Histidine | 51 L | | 65 - 150 |
| | Isoleucine | 46 L | | 50 - 160 |
| | Leucine | 104 L | | 105 - 250 |
| | Lysine | 137 L | | 140 - 250 |
| | Methionine | 28 | | 20 - 60 |
| | Phenylalanine | 47 | | 45 - 140 |
| | Threonine | 142 | | 85 - 250 |
| | Tryptophan | 31 L | | 45 - 120 |
| | Valine | 219 | | 180 - 480 |
| **ESSENTIAL AMINO ACID DERIVATIVES** | | | | |
| **Neuroendocrine Metabolism** | Glycine | 452 H | | 200 - 450 |
| | Serine | 242 H | | 80 - 200 |
| | Taurine | 91 | | 50 - 250 |
| | Tyrosine | 53 | | 50 - 120 |
| **Ammonia/Energy Metabolism** | Asparagine | 55 | | 35 - 100 |
| | Aspartic acid | 6 | | 6 - 30 |
| | Citrulline | 29 | | 15 - 70 |
| | Glutamic acid | 58 | | 45 - 200 |
| | Glutamine | 771 | | 500 - 1050 |
| | Ornithine | 22 L | | 35 - 100 |

Rvwd by Jim Eason, PA-C
Pt. notified via ____
Initial ____ Date ____
F/u appt. needed Y N
Tickle f/u ____
Okay to file ____
Recommendations to pt. ____

MAR 5 2000

No Appt.

RUN DATE. 01/13/00 POUDRE VALLEY HOSPITAL PAGE 1
RUN ME: 1206 1024 S. Lemay Avenue
Fort Collins, CO 80524-3998
(970) 495-8700
*COMPLETE DOCTOR REPORT*
STEPHENS MD, FLOYD V *UP-FP*

Name: Age/Sex: 38/F Attend Dr:STEP
Acct#: Unit#: 1226874 Status: REG CLI Location: C
Reg: 01/11/00

Specimen: 0111:L00422R Collected: 01/11/00-0830 Status: COMP
Received: 01/11/00-1428 Sub Dr: STEPHENS MD, FLOYD V *UP-FP*

Ordered: LIPID PANEL, FREE T4, TSH, DHEA SULFATE, T3 UPTAKE
Comments: PICKED UP BY COURIER
OFFICE ORDERED A T7 ALSO BUT A T7 AT MAYO IS JUST AN FT4

Doctor Initials FS
Patient Notified By: J Date: 1/14/00
Filed By
call pt.
copy Fax

| Test | | Result | Flag | Reference |
|---|---|---|---|---|
| *LIPID PANEL* | *LIPID PANEL* | | | |
| > TRIGLYCERIDES | | 49 | | 38-155 MG/DL |
| > CHOLESTEROL | | 157 | | 1-199.9 MG/DL |
| > HDL | | 56 | | 30-80 MG/DL |
| > LDL | | 92 | | 1-129.9 MG/DL |
| > LDL/HDL RATIO | | 1.64 | | 0.0-3.2 |
| > CHOL/HDL RATIO | | 2.80 | | 0.0-4.4 |
| > FREE T4 | | 1.4 | | 0.71-1.85 NG/DL |
| > TSH | | 1.26 | | 0.38-6.15 UIU/ML |
| | *NO REFERENCE RANGE ESTABLISHED FOR NEONATAL SPECIMENS.* | | | |
| > DHEA SULFATE | | 0.51 | | UG/ML |

check with Dr. S

*REFERENCE RANGE:*
*MALES*
*0-30 DAYS: 0.25-10.0 UG/ML (PREMATURE)*
*0.25-2.00 UG/ML (FULL TERM)*

*1-11 MONTHS: NOT ESTABLISHED*

*1-6 YEARS: <0.5 UG/ML*

*7-19 YEARS: REFERENCE VALUES NOT ESTABLISHED*
*ADULT VALUES ATTAINED BY 19 YEARS*
*20-29 YEARS: 1.04-4.57 UG/ML*
*30-39 YEARS: 0.76-3.34 UG/ML*
*40-49 YEARS: 0.55-2.44 UG/ML*
*50-59 YEARS: 0.41-1.78 UG/ML*
*60-69 YEARS: 0.30-1.30 UG/ML*
*>70 YEARS: 0.00-0.95 UG/ML*

*FEMALES*
*0-30 DAYS: 0.25-10.0 UG/ML (PREMATURE)*
*0.25-2.000 UG/ML (FULL TERM)*

*1-11 MONTHS: NOT ESTABLISHED*

*1-6 YEARS: <0.50 UG/ML*

*7-19 YEARS: REFERENCE VALUES NOT ESTABLISHED*

LEGEND: H=above normal; L=below normal; #=exceeds delta check limit; *exceeds critical value
** CONTINUED ON NEXT PAGE **

Name: Age/Sex: 38/F Attend Dr: STEPHENS MD,FLOYD V *
Acct#: Unit#: 1226874 Status: REG CLI
(CONTINUED)

| Test | Result | Flag | Reference |
|---|---|---|---|

*ADULT VALUES ATTAINED BY 19 YEARS*

| | | |
|---|---|---|
| *20-29 YEARS:* | *0.38-3.21* | *UG/ML* |
| *30-39 YEARS:* | *0.00-2.46* | *UG/ML* |
| *40-49 YEARS:* | *0.00-1.88* | *UG/ML* |
| *50-59 YEARS:* | *0.00-1.44* | *UG/ML* |
| *60-69 YEARS:* | *0.00-1.10* | *UG/ML* |
| *>70 YEARS:* | *0.00-0.84* | *UG/ML* |

*TEST PERFORMED AT: MAYO MEDICAL LABORATORIES*
*200 FIRST ST SW*
*ROCHESTER, MN 55901*
*1-800-533-1710*

> T3 UPTAKE 32 20-37 %

*TEST PERFORMED AT: MAYO MEDICAL LABORATORIES*
*200 FIRST ST SW*
*ROCHESTER, MN 55901*
*1-800-533-1710*

LEGEND: H=above normal; L=below normal; #=exceeds delta check limit; *exceeds critical value

** END OF REPORT **