FORT COLLINS COLORADOAN

March 19, 2000

# HEALTH MATTERS



## The changing face of medicine

EXHIBIT

tabbies

8

7, HEALTH MATTERS, The Coloradoan, Sunday March 19 & What's Hot March 22, 2000

# Key to kicking addiction may lie in biochemistry

By JOSH QUESENBERRY
The Coloradoan

Addicts on the road to recovery may need more than one AA, therapist Joe Eisele says — Alcoholics Anonymous can help, but so can amino acids.

A focus on the body's biochemical deficiencies is missing from traditional approaches to recovery, said Eisele, co-founder of Inner Balance, a Fort Collins drug and alcohol addiction-recovery center.

"Traditional treatment has focused primarily on helping people heal their other areas — the spirit, the mental, the relationships," he said.

Inner Balance, 1017 Robertson St., instead starts by treating the physical — biochemical imbalances that cause cravings and produce emotional conditions that feed addiction.

Inner Balance patient Jason Morton, 30, has a history of drug and alcohol abuse that began before he was a teen-ager.

"Last year's when it really got bad for me," he said. "I was drinking really, really heavy. I was drinking a liter of vodka a day. I was doing a lot of cocaine. I slipped into a deep depression."

When Morton first visited Inner Balance in September 1999 he was taking anti-depressant drugs and anxiety medication to ease his struggle to stay sober.

Inner Balance set about a different recovery method — one that Morton said changed his life.

His treatment combined nutritional supplements — he now takes vitamins to raise his amino-acid levels — and dietary changes. He is also staying off sugar, eating healthier and exercising.

"It did wonders for me. I think I'd probably be in such a depressed state, or be back drinking (without the program)," he said.

Beyond easing alcohol cravings, Morton said nutrient treatments have helped him control his anger and improve his health. Perhaps most important, though, is that the therapy has given him hope.

"I usually wake up in a really positive attitude. I don't have all the fears that I was having," he said. "The amino acids really snapped me out of it."

All of Inner Balance's patients have been diagnosed with biochemical imbalances.

And they're not alone.

National studies are finding that addicts are deficient in amino acids, Eisele said.

"That's what we've been finding consistently with all the people we've checked," he said. That link is "the biggest find in the field of addiction that's come along, probably."



**RECOVERY TEAM:** Joe Eisele, left, and Ron Graham are part of the Inner Balance team, an alcohol- and drug-addiction treatment center that helps patients fight addiction biochemically.
V. Richard Haro
The Coloradoan

> **Interested?**
>
> Inner Balance is at 1017 Robertson St. The center's treatment team includes a chiropractor, massage therapist and woman's hormone specialist. Information: 495-4680 or www.innerbalancerecovery.com on the Web.

Inner Balance's vitamin and mineral programs strive to cause an addict's body to either create or retain from food and supplements the biochemicals it has been lacking. Such treatments often are more successful at preventing relapses than traditional methods, Eisele said.

Patients new to Inner Balance undergo urine and bloods tests, and their family health histories are examined. Afterward, they'll usually be guided to amino-acid blends tailored to their specific deficiencies.

Often, recovering addicts take to smoking, eating sugary foods or taking in too much caffeine. Those factors stunt recovery, Eisele said.

But "it's not just a good diet," he added. "If a person's gut is out of balance ... their food's not being broken down."

And sobriety is not automatically a cure for such conditions. Eisele said he sometimes sees patients who have been sober for months but still lack important biochemicals because of damage they've done to their bodies.

That's why, in addition to nutritional treatments, Inner Balance holds one-on-one and group counseling sessions to guide patients to healthier lifestyles.

The focus on biochemical aspects of addiction allows patients more control over recovery, Eisele said.

"They're able to do the work that's necessary in recovery, but they're not going to need to be in treatment that long," he said.

Some traditional treatment programs last eight months to a year, he said, but Inner Balance treatment programs are often just 16 weeks.

Only 10 percent to 15 percent of addicts need an in-patient program, Eisele said.

"We've found that the more sophisticated we get, (treatment) doesn't have to be as intensive as it used to be," he said.

That's good news for those like Morton, for whom "talk therapy" — conventional treatment that focuses on psychological aspects of addiction — failed.

"It's more or less counseling. And it really didn't do anything for me," he said.