Inner Balance
*A Natural Approach to Recovery*

## Fee schedule

Assessment--- $75.00
DSM- ASAM
treatment plan or
recommendation

Intake & Stabilization-- $ 75.00
screening for vitamins & minerals,
amino acids & hormonal imbalances

| Individual Counseling | Primary Group | Support group | Education Group |
| --- | --- | --- | --- |
| $ 55.00 hr. | $ 45.00 per group<br>16 weeks-$ 720.00 | $ 45.00 per group<br>7 weeks- $ 315.00 | $ 45.00 per group<br>5 weeks- $ 225.00 |
| Motivational Counseling | Obstacles to Sobriety | A. & N.A.<br>Family & Friends | Disease Concept<br>Nutrition<br>Co-dependance |

### Full Program

30 sessions
16 weeks

Program, assessment, stabilization--------------- $ 1,410.00
treatment plan

Vitamins, minerals,amino acids ( per month----- $ 75.00

Blood work up------------------------------------------ $ 100 - $ 300.00

Groups attended beyond above schedule -----$ 25.00 per group

EXHIBIT
tabbies
9