# Inner Balance

*A Natural Approach to Recovery*

1). Metabolic stabilization & screening

thyroid testing----TSH-TR3-TRH

adrenal glands---dhea sulfate

blood sugar

vitamins & minerals

flax & borage oil

amino acids

acupuncture

2). assessment

- DSM IV
- A.S.A.M.

3). treatment plan

- Counseling
- A.A. or N.A.
- Spiritual healing
- Emotional healing

EXHIBIT

tabbles

10