UNITED STATES DISTRICT COURT
District of Minnesota

Health Recovery Center, Inc., a Minnesota corporation, and Health Recovery Systems, Inc., a Minnesota corporation,

Plaintiffs,

v.

InnerBalance LLC, a Colorado limited liability company, InnerBalance Health Center, LLC, a Colorado limited liability company, InnerBalance Health Systems, LLC, a Colorado limited liability company, Joseph W. Eisele, and Ron Graham,

Defendants.

Case Number: 05-CV-880 JMR/FLN

**EXHIBIT LIST TO DECLARATION OF RON GRAHAM**

The exhibits for the Declarations of Joseph Eisele and Ron Graham are identical with the following excepts. Where the exhibit number is blank, that exhibit does not support Mr. Graham's Declaration.

| | |
|---|---|
| Exhibit 1 | BLANK |
| Exhibit 2 | BLANK |
| Exhibit 3 | Description of types of services offered |
| Exhibit 4 | InnerBalance Marketing Brochure |
| Exhibit 5 | InnerBalance advertising layout |
| Exhibit 6 | Form for marketing letter |
| Exhibit 7 | BLANK |
| Exhibit 8 | News article dated March 19, 2000 |
| Exhibit 9 | Pre-franchise Fee Schedule |
| Exhibit 10 | Pre-franchise program description |
| Exhibit 11 | Second Addendum to Franchise Agreement |
| Exhibit 12 | BLANK |

Dated: May 13, 2005

s/Christopher K. Sandberg
Christopher K. Sandberg
Bar Number 95485
Attorney for Defendants
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200

Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981