UNITED STATES DISTRICT COURT
District of Minnesota

Health Recovery Center, Inc , a Minnesota corporation, and Health Recovery Systems, Inc., a Minnesota corporation,

Plaintiffs,

v.

Case Number: 05-CV-880 JMR/FLN

InnerBalance LLC, a Colorado limited liability company, InnerBalance Health Center, LLC, a Colorado limited liability company, InnerBalance Health Systems, LLC, a Colorado limited liability company, Joseph W. Eisele, and Ron Graham,

Defendants.

**DECLARATION OF DOCTOR NOLA MACDONALD**

I, Nola MacDonald, Doctor of Osteopathy, state as follows:

1. I am of sound mind and if called to testify would do so as contained herein and have personal knowledge of the facts set forth herein

2. I am a Board Certified Family Practice Physician, licensed by the State of Colorado, practicing at Integrative Center for Health, 315 Canyon Ave., Suite 3, Fort Collins, Colorado 80521.

3. From 1998 through 2000, I worked with Ron Graham and Joe Eisele in connection with their businesses known as InnerBalance Health Systems, LLC f/k/a InnerBalance Health Recovery Centers, LLC and/or InnerBalance Health Center, LLC f/k/a Inner Balance, a Natural Approach to Recovery, P C., LLC (collectively "InnerBalance"), which operated a biochemical restoration and

repair based rehabilitation clinic to treat drug and alcohol additions on an out-patient basis in Fort Collins, Colorado

4. I am familiar with the general operations of InnerBalance from 1998 through 2000.

5. From 1998 through 2000, Ron Graham, Joe Eisele, and InnerBalance were engaged in a biochemical approach to treating drug and alcohol addictions, which included evaluating nutritional causes of addiction diseases and improving every aspect of their clients' nutrition and diet, along with talk therapy and other traditional counseling methods.

6. From 1998 through 2000, Ron Graham, Joe Eisele, and InnerBalance recommended and provided nutritional supplements, vitamins, minerals, and amino acids such as GABA (gamma-aminobutyric acid) to their rehabilitation clients and I was personally involved in administering intravenous drips and syringe pushes of vitamins and minerals to their clients when appropriate.

7. From 1998 through 2000 I met with numerous InnerBalance clients and performed comprehensive laboratory testing for numerous clients of InnerBalance, including: plasma tests, urine tests, testing of amino acids levels, full blood chemistry work, testing of vitamin B12 levels, testing of folic acid levels, evaluating histamines, and testing hormone profiles. At that time I was aware that InnerBalance would also send clients to their clients' personal physicians for similar laboratory testing, since I could not personally handle all of their work plus my full medical practice.

8. From 1998 through 2000, Ron Graham, Joe Eisele, and InnerBalance provided counseling to their addiction clients concerning every aspect of a healthful lifestyle, with an emphasis on proper diet and nutrition, including limiting intakes of sugars, caffeine, and, obviously, any addictive substances, and increasing intakes of beneficial nutrients, vitamins, minerals, and amino acids.

9. From 1998 through 2000, while I was working with InnerBalance, I was aware that Joe Eisele was highly interested in biochemical restoration and repair to treat alcohol and drug addiction and had been studying various books and other materials on the subject for some time

10 In 1998, I was also aware that Ron Graham was highly interested in and knowledgeable about all aspects of nutrition as a means to assist clients of InnerBalance in overcoming addictions.

11. InnerBalance's 48-day, bio-chemical restoration and repair based, rehabilitation program conducted from 1998 through 2000 included, among other things, initial client intake conferences, initial doctor intake conferences, initial assessment and (if appropriate) detoxification of clients, laboratory testing of clients for nutritional deficiencies, nutritional therapy through supplements, intravenous nutrient therapy through drips and syringe pushes, traditional group therapy talking sessions, individual mental health counseling, individual biocounseling, and doctor follow-up.

12. The nutritional supplements InnerBalance has provided to its clients from 1998 through 2000 were and are still commercially available from multiple sources

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2005

Nola MacDonald D.O.

Nola MacDonald, D.O.
Integrative Center for Health
Fort Collins, Colorado