UNITED STATES DISTRICT COURT
District of Minnesota

Health Recovery Center, Inc., a Minnesota corporation, and Health Recovery Systems, Inc., a Minnesota corporation,

Plaintiffs,

v.

Case Number: 05-CV-880 JMR/FLN

InnerBalance LLC, a Colorado limited liability company, InnerBalance Health Center, LLC, a Colorado limited liability company, InnerBalance Health Systems, LLC, a Colorado limited liability company, ~~;~~ Joseph W. Eisele, and Ron Graham,

Defendants.

## DECLARATION OF MARTHA ALBRECHT

I, Martha Albrecht, state as follows:

1. I am of sound mind and if called to testify would do so as contained herein and have personal knowledge of the facts set forth herein.

2. In approximately September of 1999 I was a rehabilitation client of InnerBalance, which then operated a biochemical restoration and repair based rehabilitation clinic to treat drug and alcohol additions on an outpatient basis in Fort Collins, Colorado.

3. In the fall of 1999, InnerBalance was engaged in a biochemical approach to treating drug and alcohol addictions, which included evaluating nutritional causes of addiction diseases and

improving every aspect of their clients' nutrition and diet, along with talk therapy and other traditional counseling methods.

4. In the fall of 1999, Ron Graham, Joe Eisele, and InnerBalance recommended and provided nutritional supplements, vitamins, minerals, and amino acids to me. I was offered, but declined, intravenous drips and syringe pushes of vitamins and minerals. Instead, I opted to take my nutritional supplements in only capsule or powdered mix form.

5. In the fall of 1999 InnerBalance arranged for doctors to perform comprehensive laboratory testing for their clients to test for various nutritional deficiencies. I recall meeting with Dr. Jacqueline Fields on several occasions and was able to utilize existing lab test results from another medical condition I suffered from for my nutritional assessments.

6. In the fall of 1999, Ron Graham, Joe Eisele, and InnerBalance provided counseling to me concerning every aspect of a healthful lifestyle, with an emphasis on proper diet and nutrition, including limiting intakes of sugars, caffeine, and, obviously, any addictive substances, and increasing intakes of beneficial nutrients, vitamins, minerals, and amino acids.

7. Joe Eisele and Ron Graham were passionate about biochemical restoration and repair to treat alcohol and drug addiction and seemed very knowledgeable about the subject.

8. My 48-day (approximately three days a week for 16 weeks), bio-chemical restoration and repair based, rehabilitation program conducted in the fall of 1999 included, among other things, an initial client intake conference, an initial doctor intake conference, an initial assessment, review of my pre-existing laboratory tests for nutritional deficiencies, nutritional therapy through

supplements, multiple traditional group therapy talking sessions, individual counseling sessions, individual biocounseling, and doctor follow-up sessions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2005.

Martha Albrecht
Fort Collins, Colorado