# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record: **443 Records(s) found (This page: 1 ~ 50)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78617311 | | CENTER FOR HEALTH TRANSFORMATION | TARR | LIVE |
| 2 | 78617308 | | CENTER FOR HEALTH TRANSFORMATION | TARR | LIVE |
| 3 | 78391729 | | CENTER FOR HEALTH MINISTRY OUTREACH | TARR | LIVE |
| 4 | 78470609 | | H THE CENTER FOR HEALTH DESIGN | TARR | LIVE |
| 5 | 78454709 | | LOUISIANA PRIMARY CARE ASSOCIATION, INC. "LOUISIANA'S HEALTH CENTERS" | TARR | LIVE |
| 6 | 78380702 | | AMS HEALTH DISCOVERY CENTER | TARR | DEAD |
| 7 | 78581643 | | M.T.O. HOLISTICHEALTHCENTER | TARR | LIVE |
| 8 | 78238726 | | ELIZABETH BLACKWELL HEALTH CENTER | TARR | LIVE |
| 9 | 78605583 | | UPPER CERVICAL HEALTH CENTERS OF AMERICA | TARR | LIVE |
| 10 | 78366625 | | SAMSON'S HEALTH & FITNESS CENTER | TARR | DEAD |
| 11 | 78595180 | | C CARECONTACT YOUR CENTER POINT FOR HEALTH | TARR | LIVE |
| 12 | 78583323 | | LRHC LAFAYETTE REGIONAL HEALTH CENTER YOUR HCA MIDWEST HOSPITAL | TARR | LIVE |
| 13 | 78382075 | 2936314 | ADVANCED SKINCARE MEDCENTER REVITALIZING SKIN HEALTH | TARR | LIVE |
| 14 | 78459130 | | HEALTHFIRST IMAGING CENTER | TARR | LIVE |
| 15 | 78582970 | | MY DOCTOR CENTER FOR LIFE'S NECESSITIES & HEALTH EMERGENCIES | TARR | LIVE |
| 16 | 78581622 | | M.T.O. HOLISTIC HEALTH CENTER | TARR | LIVE |
| 17 | 78578529 | | ACTIVATOR HEALTH CENTER | TARR | LIVE |
| 18 | 78470509 | | P PARKWEST MEDICAL CENTER COVENANT HEALTH | TARR | LIVE |
| 19 | 78313277 | | MMC HEALTHWORKS | TARR | LIVE |
| 20 | 78555375 | | YOUR CENTER POINT FOR HEALTH | TARR | LIVE |
| 21 | 78441268 | | PROGRESS WEST HEALTHCARE CENTER | TARR | LIVE |
| 22 | 78549903 | | HEALTHCTR | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 23 | 78315415 | | NAPA VALLEY CENTER FOR HEALTH | TARR | DEAD |
| 24 | 78537747 | | TAKE CARE HEALTH CENTER | TARR | LIVE |
| 25 | 78536372 | | FIDELITY PC HEALTH CENTER | TARR | LIVE |
| 26 | 78534977 | | STEP IT UP! KCH HEALTH & WELLNESS CENTER | TARR | LIVE |
| 27 | 78534820 | | KOSCIUSKO COMMUNITY HOSPITAL HEALTH & WELLNESS CENTER | TARR | LIVE |
| 28 | 78512037 | | CENTER FOR ACTIVE AGING & HEALTHY LIVING | TARR | LIVE |
| 29 | 78497748 | | HEALTH CENTER USA | TARR | LIVE |
| 30 | 78498135 | | THE DOCTORS HEALTH PARTNERSHIP WENTWORTH-DOUGLASS HOSPITAL - THE SEACOASTS LEADING MEDICAL CENTER PHYSICIANS - PATIENTS - COMMUNITY | TARR | LIVE |
| 31 | 78467489 | | NEUROQUEST6090 BEHAVIORAL MEDICINE HEALTH PSYCHOLOGY TREATMENT CENTER | TARR | LIVE |
| 32 | 78324485 | 2889371 | CHOCTAW NATION HEALTH CARE CENTER | TARR | LIVE |
| 33 | 78480661 | | GOOD HEALTH CENTER | TARR | LIVE |
| 34 | 78480660 | | YOUR GOOD HEALTH CENTER | TARR | LIVE |
| 35 | 78429258 | | MALULANI HEALTH & MEDICAL CENTER | TARR | LIVE |
| 36 | 78226149 | 2880529 | FAMILY HEALTH CENTERS | TARR | LIVE |
| 37 | 78456301 | | OPTIMUM HEALTH THE SPINAL REHAB CENTER | TARR | LIVE |
| 38 | 78452748 | | CENTER FOR CHILDREN'S DIGESTIVE HEALTH | TARR | LIVE |
| 39 | 78255934 | 2865086 | HIPAA CRITICAL CENTER | TARR | LIVE |
| 40 | 78229080 | 2864996 | CENTER FOR SPIRITUALITY AND HEALING ACADEMICHEALTHCENTER UNIVERSITY OF MINNESOTA | TARR | LIVE |
| 41 | 78180186 | 2864816 | UCI MEDICAL CENTER MOBILE MEDICINE SENIOR MOBILE HEALTH SERVICES | TARR | LIVE |
| 42 | 78129148 | 2862483 | MARCH OF DIMES PREGNANCY & NEWBORN HEALTH EDUCATION CENTER | TARR | LIVE |
| 43 | 78218701 | 2817326 | OKLAHOMA HEALTH CENTER CLINICAL PASTORAL EDUCATION INSTITUTE | TARR | LIVE |
| 44 | 78028255 | | BAYCARE BEHAVIORAL HEALTH CENTERS, INC. | TARR | LIVE |
| 45 | 78404071 | | UDHC UNIVERSITY DIGESTIVE HEALTH CENTERS | TARR | LIVE |
| 46 | 78231615 | | HEALTH FIRST WELLNESS N FITNESS CENTER | TARR | LIVE |
| 47 | 78129154 | 2835613 | PREGNANCY & NEWBORN HEALTH EDUCATION CENTER | TARR | LIVE |
| 48 | 78148554 | 2824100 | RADIANT HEALTH CENTER | TARR | LIVE |
| 49 | 78177982 | | CRH&G CENTER FOR REPRODUCTIVE HEALTH & GYNECOLOGY | TARR | DEAD |
| 50 | 78141695 | 2787645 | PROHEALTH CHIROPRACTIC WELLNESS CENTER | TARR | LIVE |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



## 443 Records(s) found (This page: 51 ~ 100)

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 51 | 78149390 | | HEALTH AND HEALING CENTER | TARR | DEAD |
| 52 | 78140696 | | NATIONAL CENTER FOR CHILDREN WITH SPECIAL HEALTH CARE NEEDS | TARR | DEAD |
| 53 | 78100979 | | GLOW NATURAL HEALTH CENTER | TARR | DEAD |
| 54 | 78070087 | | CENTER OF HEALTH | TARR | DEAD |
| 55 | 78055832 | | KOLALA HEALTH & WELLNESS CENTER | TARR | DEAD |
| 56 | 78054814 | | OCALA HEALTH AND FITNESS CENTER | TARR | DEAD |
| 57 | 78053633 | | HEALTHWEALTH CENTER | TARR | DEAD |
| 58 | 78007638 | | AMERICA'S HEALTH CENTER | TARR | DEAD |
| 59 | 78005465 | | VITAMIN HEALTH CENTERS | TARR | DEAD |
| 60 | 78005464 | | AMERICAN HEATLH & DIET CENTERS | TARR | DEAD |
| 61 | 76424408 | 2914132 | UNMC JUMP START ALLIED HEALTH PROFESSIONS | TARR | LIVE |
| 62 | 76585249 | | B.A.B.Y. BUILD A BETTER YOU GYM, FITNESS AND HEALTH CENTER. | TARR | LIVE |
| 63 | 76460029 | | HEALTH.EDU TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER | TARR | LIVE |
| 64 | 76609603 | | SLEEP HEALTHCENTER | TARR | LIVE |
| 65 | 76607900 | | SLEEP HEALTHCENTERS | TARR | LIVE |
| 66 | 76577303 | | THE CHESAPEAKE LIFE AND HEALTH INSURANCE COMPANY UICI THE INSURANCE CENTER | TARR | DEAD |
| 67 | 76577304 | | THE CHESAPEAKE LIFE AND HEALTH INSURANCE COMPANY MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE THE MEGA LIFE AND HEALTH INSURANCE COMPANY UICI THE INSURANCE CENTER | TARR | DEAD |
| 68 | 76536150 | | CENTER FOR ORAL HEALTH STUDIES | TARR | LIVE |
| 69 | 76340639 | | CHSRA CENTER FOR HEALTH SYSTEMS RESEARCH & ANALYSIS | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 70 | 76410853 | | ST. MARY'S HEALTH CARE SYSTEM CLUTE BARROW NELSON CHILDREN'S CENTER | TARR | LIVE |
| 71 | 76511204 | | BALANCED HEALTH CENTER | TARR | LIVE |
| 72 | 76624255 | | CENTER FOR INCLUSIVE HEALTH | TARR | LIVE |
| 73 | 76624400 | | TRAUMA CENTER OF THE ROCKIES POUDRE VALLEY HEALTH SYSTEM | TARR | LIVE |
| 74 | 76480641 | 2912089 | KRIPALU CENTER FOR YOGA & HEALTH | TARR | LIVE |
| 75 | 76577306 | | THE MEGA LIFE AND HEALTH INSURANCE COMPANY UICI THE INSURANCE CENTER | TARR | LIVE |
| 76 | 76483171 | 2902059 | WELL-SPRING CENTER FOR NATURAL HEALTH & WELLNESS | TARR | LIVE |
| 77 | 76483170 | 2902058 | WELL-SPRING CENTER FOR NATURAL HEALTH & WELLNESS | TARR | LIVE |
| 78 | 76490606 | 2894365 | THE REHABILITATION INSTITUTE AT MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER | TARR | LIVE |
| 79 | 76546942 | | REACH RACIAL & ETHNIC APPROACHES TO COMMUNITY HEALTH BY 2010 A PROGRAM OF THE AFRICAN AMERICAN HEALTH COALITION, INC. SPONSORED BY THE CDC (CENTERS FOR DISEASE CONTROL AND PREVENTION | TARR | DEAD |
| 80 | 76607827 | | HEALTH SEEKERS TECHNOLOGY WEIGHT MANAGEMENT AND FITNESS CENTER | TARR | LIVE |
| 81 | 76218260 | 2878208 | HHC HEARTLAND HEALTH EDUCATION CENTER | TARR | LIVE |
| 82 | 76489218 | 2873512 | MEMORIAL HEALTH UNIVERSITY MEDICAL CENTER | TARR | LIVE |
| 83 | 76604874 | | THE BARIATRIC CENTER AT SOUTHWEST HEALTHCARE SYSTEM | TARR | LIVE |
| 84 | 76566662 | | LIBERTY HEALTH CENTER | TARR | LIVE |
| 85 | 76461457 | 2870912 | SAFE PLACE THE CENTER FOR CHILD PROTECTION AND HEALTH AT THE CHILDREN'S HOSPITAL OF PHILADELPHIA | TARR | LIVE |
| 86 | 76603033 | | THE INDEPENDENT HEALTH DISTANCE LEARNING CENTER | TARR | LIVE |
| 87 | 76598775 | | HEALTHPARTNERS MEDICAL GROUP ST. ANTHONY MEMORIAL HEALTH CENTERS | TARR | LIVE |
| 88 | 76513752 | | EDINBURG REGIONAL BEHAVIORAL HEALTH CENTER | TARR | DEAD |
| 89 | 76037186 | 2480956 | CHILDREN'S HEALTH EDUCATION CENTER | TARR | LIVE |
| 90 | 76428187 | | RAYDIANCE TANNING CENTERS HEALTH SUN LIFE | TARR | DEAD |
| 91 | 76505919 | | BRENTWOOD MEDICAL CENTER JOHN MUIR / MT. DIABLO HEALTH SYSTEM | TARR | LIVE |
| 92 | 76459336 | 2842352 | ST. HELENA CENTER FOR HEALTH | TARR | LIVE |
| 93 | 76082528 | 2839383 | HEALTHSCREEN CENTER FOR EARLY DIAGNOSIS | TARR | LIVE |
| 94 | 76444678 | 2837055 | ATLAST HEALTH CARE CENTERS | TARR | LIVE |
| 95 | 76585240 | | CHCS | TARR | LIVE |
| 96 | 76221145 | 2552376 | VAGISIL WOMEN'S HEALTH CENTER | TARR | LIVE |
| 97 | 76461456 | 2830964 | THE CENTER FOR CHILD PROTECTION AND HEALTH | TARR | LIVE |
| 98 | 76512369 | 2821040 | WOMEN'S COMPREHENSIVE HEALTH CENTER | TARR | LIVE |
| 99 | 76469139 | | HEALTH CENTER USA | TARR | DEAD |
| 100 | 76103418 | | NUTRO HEALTH MANAGEMENT CENTER | TARR | DEAD |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record: **443 Records(s) found (This page: 101 ~ 150)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 76512466 | | BRENTWOOD SURGERY CENTER JOHN MUIR/ MT. DIABLO HEALTH SYSTEM | TARR | LIVE |
| 102 | 76361186 | 2798675 | FAMILY HEALTH CENTERS | TARR | LIVE |
| 103 | 76140021 | 2791878 | NATIONAL WOMEN'S HEALTH RESOURCE CENTER NWHRC | TARR | LIVE |
| 104 | 76373973 | 2789483 | OPEN CITIES HEALTH CENTER | TARR | LIVE |
| 105 | 76459335 | | CENTER FOR HEALTH | TARR | DEAD |
| 106 | 76479463 | 2775371 | THE ONLY CALL CENTER FOR HEALTHCARE | TARR | LIVE |
| 107 | 76140020 | 2776164 | NATIONAL WOMEN'S HEALTH RESOURCE CENTER NWHRC | TARR | LIVE |
| 108 | 76338083 | | JORDANHEALTHCENTER | TARR | DEAD |
| 109 | 76427814 | | ATHENS REGIONAL BREAST HEALTH CENTER | TARR | DEAD |
| 110 | 76422824 | 2719038 | ESPERANZA HEALTH CENTER | TARR | LIVE |
| 111 | 76402874 | 2765895 | INTERNATIONAL CENTER FOR ENVIRONMENT, SAFETY, AND HEALTH | TARR | LIVE |
| 112 | 76401087 | 2702288 | SACRED HEART WOMEN'S HEALTH CENTER WITH YOU FOR LIFE | TARR | LIVE |
| 113 | 76388794 | 2760985 | A ALLIED HEALTH CHIROPRACTIC CENTERS | TARR | LIVE |
| 114 | 76385931 | | HEALTHSOUTH MEDICAL CENTER THE DIGITAL HOSPITAL OF THE FUTURE | TARR | LIVE |
| 115 | 76384583 | 2758187 | ALLIED HEALTH CHIROPRACTIC CENTERS EXCELLENCE IN CHIROPRACTIC | TARR | LIVE |
| 116 | 76373247 | | OPTIMUM HEALTH AND SPINAL REHABILITATION CENTER | TARR | DEAD |
| 117 | 76366455 | 2738687 | COMPLETE HEALTH CENTER | TARR | LIVE |
| 118 | 76353693 | 2654197 | CANCER HEALTH TREATMENT CENTERS | TARR | LIVE |
| 119 | 76329063 | | TOTAL HEALTH CENTER | TARR | LIVE |
| 120 | 76325196 | | VIRTUAL HEALTH CENTER | TARR | DEAD |
| 121 | 76318831 | | PROACTIVE HEALTH CENTERS | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 122 | 76316795 | 2609644 | THE MOUNT SINAI HOSPITAL IN NEW YORK THE CENTER FOR HEALTH IN THE CENTER OF THE WORLD | TARR | LIVE |
| 123 | 76316377 | 2639136 | AURORA HEALTH CENTER | TARR | LIVE |
| 124 | 76308290 | 2703876 | CRHOP CENTER FOR COLLABORATIVE RESEARCH IN HEALTH OUTCOMES & POLICY | TARR | LIVE |
| 125 | 76307251 | 2653933 | THREE RIVERS CENTER FOR BEHAVIORAL HEALTH | TARR | LIVE |
| 126 | 76271939 | 2660657 | COMMUNITY ENVIRONMENTAL HEALTH RESOURCE CENTER | TARR | LIVE |
| 127 | 76270125 | 2699537 | HEALTH LAW CENTER | TARR | LIVE |
| 128 | 76259311 | 2578198 | THE CENTER FOR HEALTH AND WELL-BEING, P.C. | TARR | LIVE |
| 129 | 76256166 | 2679936 | HEALTH DETECT IT'S GOOD TO KNOW. A SERVICE OF CEDAR CREST EMERGICENTER | TARR | LIVE |
| 130 | 76249749 | 2764976 | INTERNATIONAL CENTER FOR THE INTEGRATION OF HEALTH & SPIRITUALITY | TARR | LIVE |
| 131 | 76227991 | | RUTH AND BILLY GRAHAM CHILDREN'S HEALTHCENTER | TARR | DEAD |
| 132 | 76210409 | 2523724 | THE CENTER FOR HEALTH DISPUTE RESOLUTION | TARR | LIVE |
| 133 | 76210078 | 2617222 | ST. CAMILLUS HEALTH AND REHABILITATION CENTER CARING FOR LIFE. | TARR | LIVE |
| 134 | 76202065 | | OXYLIFE HEALTH CENTER | TARR | LIVE |
| 135 | 76188692 | | MALE HEALTH CENTER | TARR | DEAD |
| 136 | 76185298 | 2534022 | ASHEVILLE NC'S CENTER FOR MASSAGE & NATURAL HEALTH | TARR | LIVE |
| 137 | 76185293 | 2534021 | ASHEVILLE NC'S CENTER FOR MASSAGE & NATURAL HEALTH | TARR | LIVE |
| 138 | 76185289 | 2623581 | ASHEVILLE NC'S CENTER FOR MASSAGE & NATURAL HEALTH | TARR | LIVE |
| 139 | 76184874 | 2558456 | ASHEVILLE NC'S CENTER FOR MASSAGE & NATURAL HEALTH | TARR | LIVE |
| 140 | 76183719 | | ANIMAL HEALTH CARE CENTER OF AMERICA | TARR | DEAD |
| 141 | 76180007 | 2670538 | MIDWEST CENTER FOR RURAL HEALTH | TARR | LIVE |
| 142 | 76164783 | 2549587 | CIIT CENTERS FOR HEALTH RESEARCH | TARR | LIVE |
| 143 | 76157378 | | E HEALTH CENTER DEVICE | TARR | DEAD |
| 144 | 76150390 | | EHEALTHCENTER.COM | TARR | DEAD |
| 145 | 76150389 | | EHEALTHCENTER.COM | TARR | DEAD |
| 146 | 76139643 | 2608881 | USQA CENTER FOR HEALTH CARE RESEARCH | TARR | LIVE |
| 147 | 76138970 | 2524686 | FRIENDS AND COMPANIONS DAY HEALTH CARE CENTER | TARR | LIVE |
| 148 | 76093449 | | WEDGEWOOD HEALTH CARE CENTER | TARR | DEAD |
| 149 | 76058861 | 2710205 | INTERNATIONAL CENTER FOR ENVIRONMENT, SAFETY, AND HEALTH | TARR | LIVE |
| 150 | 76046550 | 2495899 | CENTER FOR BEHAVIORAL HEALTH | TARR | LIVE |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record: **443 Records(s) found (This page: 151 ~ 200)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 151 | 76026153 | | FITNESS 2000 HEALTH & FITNESS CENTER | TARR | DEAD |
| 152 | 76026152 | | FITNESS 2000 HEALTH & FITNESS CENTER | TARR | DEAD |
| 153 | 76015267 | | THE HEALTH AND HEALING CENTER | TARR | DEAD |
| 154 | 76008699 | | CENTER FOR COSMETIC SURGERY AND AGELESS HEALTH | TARR | DEAD |
| 155 | 75242388 | 2178039 | MEN'S FOCUS HEALTH CENTERS | TARR | DEAD |
| 156 | 75614882 | 2296150 | HEALTH RECOVERY CENTER INCORPORATED | TARR | LIVE |
| 157 | 75950210 | | MATUREHEALTHCENTER.COM | TARR | LIVE |
| 158 | 75261237 | 2169270 | CENTER FOR HEALTH INFORMATION | TARR | DEAD |
| 159 | 75931420 | | NWHRC | TARR | DEAD |
| 160 | 75073714 | 2145201 | HIGHLAND PARK HOSPITAL HEALTH AND FITNESS CENTER | TARR | DEAD |
| 161 | 75776945 | | HEALTH SPIRIT CENTERS | TARR | LIVE |
| 162 | 75214529 | 2121610 | THE PRUDENTIAL CENTER FOR HEALTH CARE RESEARCH | TARR | DEAD |
| 163 | 75350306 | 2198132 | AARON WOMEN'S HEALTH CENTER | TARR | LIVE |
| 164 | 75008830 | 2117280 | GNC GOLD CARD GENERAL NUTRITION CENTERS HERE'S TO YOUR HEALTH AMERICA | TARR | DEAD |
| 165 | 75402528 | 2202404 | SLEEP HEALTHCENTER | TARR | LIVE |
| 166 | 75983491 | 2882011 | NWHRC | TARR | LIVE |
| 167 | 75130826 | 2219302 | SHOPKO...AMERICA'S HEALTHCARE CENTER | TARR | LIVE |
| 168 | 75418765 | | CENTER FOR LIFELONG HEALTH AND FITNESS | TARR | DEAD |
| 169 | 75931418 | 2871978 | NWHRC | TARR | LIVE |
| 170 | 75027829 | 2098676 | THE CENTER FOR MENTAL HEALTH, INC. | TARR | DEAD |
| 171 | 75366674 | 2252715 | THE ADVANCED HEALTH EDUCATION CENTER | TARR | LIVE |
| 172 | 75150708 | 2247996 | PRATT MEDICAL CENTER CORP HEALTH | TARR | LIVE |
| | | | BRANDEIS CENTER FOR REPRODUCTIVE HEALTH "WHERE | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | COUPLES BECOME PARENTS | | |
| 174 | 75811880 | | CENTRE DE SANTE MINCEUR | TARR | DEAD |
| 175 | 75137663 | 2141931 | CENTER FOR CONGREGATIONAL HEALTH | TARR | LIVE |
| 176 | 75860654 | | LIBERTY FAMILY HEALTH CENTER | TARR | LIVE |
| 177 | 75093969 | 2120937 | FIRST MEDICAL HEALTH CENTER | TARR | LIVE |
| 178 | 75619912 | 2810862 | CENTRE FOR ADDICTION AND MENTAL HEALTH CENTRE DE TOXICOMAINIE ET DE SANTE MENTALE | TARR | LIVE |
| 179 | 75678729 | | THE CANCER CENTER OF GATEWAY HEALTH SYSTEM | TARR | DEAD |
| 180 | 75711053 | 2411989 | AIKEN REGIONAL MEDICAL CENTERS THE HEALTH CHOICE | TARR | LIVE |
| 181 | 75931419 | 2784560 | NWHRC | TARR | LIVE |
| 182 | 75132807 | 2164538 | COMMUNITY FAMILY HEALTH CENTER | TARR | LIVE |
| 183 | 75595687 | 2413515 | BROOKS REHABILITATION A MEMBER OF THE BROOKS HEALTH SYSTEM | TARR | LIVE |
| 184 | 75402444 | 2278862 | THE CLEVELAND CLINIC HEALTH SYSTEM GAMMA KNIFE CENTER | TARR | LIVE |
| 185 | 75978121 | 2341578 | JOURNEYWELL CENTER FOR INTEGRATIVE HEALTH | TARR | LIVE |
| 186 | 75955195 | | NETPARC MALL BOOKS & MUSIC SPORT CENTER HEALTH & BEAUTY OFFICE FOOD COURT NEWS MAIL CENTER CONTACT INFO DIRECTORY ELECTRONICS TOYS AND GAMES BARGAINS AUCTIONS HOME & FAMILY CLOTHING CHILDREN GIFTS & FLOWERS PETS AUTO MISCELLANMEOUS WELCOME ABOUT THIS SITE | TARR | DEAD |
| 187 | 75950219 | | HEALTHINSURANCECENTER.COM | TARR | DEAD |
| 188 | 75950216 | | HEALTHINSURANCECENTER.COM | TARR | DEAD |
| 189 | 75950212 | | MATUREHEALTHCENTER.COM | TARR | DEAD |
| 190 | 75942697 | 2564962 | THE CENTER FOR COMPLEMENTARY HEALTH CARE | TARR | LIVE |
| 191 | 75921766 | 2554812 | BANFIELD PET HOSPITAL AND HEALTH CENTER | TARR | LIVE |
| 192 | 75913776 | 2411600 | BRAIN HEALTH CENTER | TARR | LIVE |
| 193 | 75886131 | 2499684 | RHINEBECK HEALTH CENTER | TARR | LIVE |
| 194 | 75875256 | | THE PARK RIDGE CENTER FOR THE STUDY OF HEALTH, FAITH, AND ETHICS | TARR | DEAD |
| 195 | 75869011 | | RESEARCH CENTER FOR HEALTH CARE DECISION-MAKING, INC. | TARR | DEAD |
| 196 | 75860330 | | GOOD HEALTH LONGEVITY CENTERS | TARR | DEAD |
| 197 | 75859440 | 2463501 | GLOBAL HEALTH & WELLNESS CENTERS | TARR | LIVE |
| 198 | 75840278 | | NATIONAL CENTERS OF EXCELLENCE IN WOMEN'S HEALTH | TARR | DEAD |
| 199 | 75840266 | | NATIONAL COMMUNITY CENTERS OF EXCELLENCE IN WOMEN'S HEALTH | TARR | DEAD |
| 200 | 75835086 | 2454758 | AHEC2 GREATER RICHMOND AREA HEALTH EDUCATION CENTER | TARR | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | TOP | HELP

United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*

PTO HOME TRADEMARK TESS HOME NEW USER STRUCTURED FREE FORM BROWSE DICT PREV LIST NEXT LIST BOTTOM HELP

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record:

**443 Records(s) found (This page: 201 ~ 250)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 201 | 75832440 | 2467225 | MERCY CENTER FOR HEALTH PROMOTION | TARR | LIVE |
| 202 | 75817952 | 2399897 | BRIARWOOD DENTAL HEALTH CENTER | TARR | LIVE |
| 203 | 75811075 | | TMC BEHAVIORAL HEALTH NETWORK | TARR | DEAD |
| 204 | 75808548 | 2484418 | LABONNE SANTE MISSISSIPPI'S FINEST WELLNESS CENTER AND DAY SPA | TARR | LIVE |
| 205 | 75799804 | | OCCUPATIONAL HEALTH CENTERS | TARR | DEAD |
| 206 | 75782970 | | FITANDLEAN HEALTH AND FITNESS CENTER | TARR | DEAD |
| 207 | 75775282 | | BIOTREATMENT RECOVERY HEALTH CENTER | TARR | DEAD |
| 208 | 75772492 | 2364511 | INNER HEALTH LIFESTYLE CENTER | TARR | LIVE |
| 209 | 75771790 | 2467101 | TEXAS CHILDREN'S HEALTH CENTERS | TARR | LIVE |
| 210 | 75769857 | | HEALTH EDUCATION CENTER | TARR | DEAD |
| 211 | 75759430 | 2395454 | ENLIGHTEN ME OPTIMAL HEALTH CENTER | TARR | LIVE |
| 212 | 75721366 | | BREAST HEALTH CENTER.COM | TARR | DEAD |
| 213 | 75716599 | 2417033 | WEALTH OF HEALTH NUTRITION CENTER | TARR | LIVE |
| 214 | 75713636 | 2324621 | BRIDGES TO HEALTH CENTER FOR INTEGRATIVE HEALTH | TARR | LIVE |
| 215 | 75689886 | | SOUTHWEST ATLANTA WELLNESS COMMUNITY CENTER CREATING HEALTH RATHER THAN TREATING DISEASE IN THE 21ST CENTURY 1999 | TARR | DEAD |
| 216 | 75642755 | 2319272 | WOMEN'S HEALTH RESEARCH CENTER | TARR | LIVE |
| 217 | 75612000 | | ALTERNA-MED HEALTH AND NUTRITION CENTER | TARR | DEAD |
| 218 | 75606577 | | TOTAL YOUTH FITNESS CENTER THE COMPLETE HEALTH AND FITNESS CENTER FOR THE YOUTH OF AMERICA | TARR | DEAD |
| 219 | 75585435 | 2365418 | THE ACADEMIC HEALTH CENTER TELEVISION NETWORK | TARR | LIVE |
| 220 | 75585434 | 2358821 | THE ACADEMIC HEALTH CENTER TELEVISION NETWORK | TARR | LIVE |
| 221 | 75581552 | | "COMPLETE HEALTH AND HEALING CENTER" | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 222 | 75578867 | 2358819 | THE CENTER FOR HEALTH AFFAIRS | TARR | LIVE |
| 223 | 75578851 | 2331559 | CORE BEHAVIORAL HEALTH CENTERS | TARR | LIVE |
| 224 | 75552243 | | CARING IS OUR HERITAGE THE MT. SINAI MEDICAL CENTER HEALTH CARE FOUNDATION | TARR | DEAD |
| 225 | 75552089 | 2246868 | SLEEP HEALTHCENTERS | TARR | LIVE |
| 226 | 75547215 | 2375990 | JOBST LEG HEALTH CENTER | TARR | LIVE |
| 227 | 75544100 | 2331323 | CENTER OF LIFE HEALTH, INC. HYPNOTHERAPY / PSYCHOTHERAPY | TARR | LIVE |
| 228 | 75496568 | 2264836 | HEALTH CONCEPTS HEALTH & FITNESS CENTERS, INC. CONDITIONING FOR THE MIND, BODY AND SOUL | TARR | LIVE |
| 229 | 75480552 | | SENIORCLASS HEALTH CENTER | TARR | DEAD |
| 230 | 75476545 | | INTERNATIONAL CENTER FOR CELLULAR HEALTH | TARR | DEAD |
| 231 | 75457079 | | THE AESTHETIC HEALTH CARE CENTER | TARR | DEAD |
| 232 | 75451106 | | INNER HEALTH LIFESTYLE CENTER | TARR | DEAD |
| 233 | 75441151 | | NATIONAL HEALTH CENTER | TARR | DEAD |
| 234 | 75439414 | 2273163 | CENTER FOR HEALTH CARE PHILANTHROPY | TARR | LIVE |
| 235 | 75434516 | | JOURNEYWELL CENTER FOR INTEGRATIVE HEALTH | TARR | DEAD |
| 236 | 75432926 | | D&G HEALTH CENTER | TARR | DEAD |
| 237 | 75432613 | | HEALTH CARE CORPORATE COMPLIANCE RESOURCE CENTER | TARR | DEAD |
| 238 | 75409134 | | HEALTHCENTER | TARR | DEAD |
| 239 | 75396251 | | LIVING EASY HEALTH CENTER | TARR | DEAD |
| 240 | 75384166 | 2255020 | SPENCE CENTER FOR WOMEN'S HEALTH | TARR | LIVE |
| 241 | 75379734 | 2252813 | SPENCE CENTER FOR WOMEN'S HEALTH | TARR | LIVE |
| 242 | 75372881 | 2201447 | CTEH | TARR | LIVE |
| 243 | 75370224 | | WOMEN'S SMART HEALTH CENTER | TARR | DEAD |
| 244 | 75361056 | 2233083 | SPENCE CENTER FOR WOMEN'S HEALTH | TARR | LIVE |
| 245 | 75351438 | | NATIONAL WOMEN'S HEALTH RESOURCE CENTER | TARR | DEAD |
| 246 | 75351437 | | NATIONAL WOMEN'S HEALTH RESOURCE CENTER | TARR | DEAD |
| 247 | 75351436 | | NWHRC | TARR | DEAD |
| 248 | 75351433 | 2227586 | NWHRC | TARR | LIVE |
| 249 | 75348440 | 2239928 | YOUR FAMILY HEALTH RESOURCE CENTER | TARR | LIVE |
| 250 | 75323231 | 2515831 | COMMUNITY HEALTHCENTER MANAGEMENT | TARR | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | PREV LIST | NEXT LIST | TOP | HELP

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



## 443 Records(s) found (This page: 251 ~ 300)

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 251 | 75323206 | 2280160 | AMERICAN HEALTH CARE CENTER | TARR | LIVE |
| 252 | 75309444 | | EAR CARE PHYSICIANS' HEARING HEALTH CENTERS | TARR | DEAD |
| 253 | 75308964 | | HOMECARE AMERICA YOUR HEALTHCARE PRODUCTS AND EDUCATIONAL RESOURCE CENTER | TARR | DEAD |
| 254 | 75259049 | | CREATIVE WELLNESS HOLISTIC HEALTH CENTER | TARR | DEAD |
| 255 | 75255868 | | BRIGHTON MARINE HEALTH CENTER | TARR | DEAD |
| 256 | 75255867 | | BRIGHTON MARINE HEALTH CENTER WE SERVE | TARR | DEAD |
| 257 | 75248219 | | RIEDINGER HEARING HEALTH CENTER | TARR | DEAD |
| 258 | 75236413 | | HEALTH CENTER | TARR | DEAD |
| 259 | 75222205 | | BOSTON HEALTH CENTERS | TARR | DEAD |
| 260 | 75172892 | 2229383 | YUXI YUXIJUANYANCHANGCHUPIN KAOYANXING GAOJI JINGPIN QUOLUZUI XIANGYAN | TARR | LIVE |
| 261 | 75152019 | | PRO HEALTH BONE MINERAL CENTER | TARR | DEAD |
| 262 | 75141086 | | E SAINT ELIZABETH COMMUNITY HEALTH CENTER | TARR | DEAD |
| 263 | 75141085 | | E SAINT ELIZABETH COMMUNITY HEALTH CENTER FOR OUR COMMUNITY...FOR YOU | TARR | DEAD |
| 264 | 75130681 | 2083725 | WOMEN'S HEALTH CENTER AT OPELOUSAS GENERAL HOSPITAL | TARR | LIVE |
| 265 | 75101419 | | GOOD HEALTH CENTER | TARR | DEAD |
| 266 | 75086885 | | COMMON SENSE HEALTH CENTERS | TARR | DEAD |
| 267 | 75082509 | 2098861 | IHC HEALTH CENTER | TARR | LIVE |
| 268 | 75079111 | 2041928 | CENTER FOR WOMEN'S HEALTH | TARR | LIVE |
| 269 | 75078231 | | MEDICAL CENTER OF OCEAN COUNTY POINT PLEASANT & BRICK HOSPITALS WAVE OF THE FUTURE IN HEALTH CARE | TARR | DEAD |
| 270 | 75043459 | | HEALTH TEST CENTER | TARR | DEAD |
| 271 | 75039061 | | HEALTH & REHABILITATION CENTER OF THE SOUTHEAST | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 272 | 75038302 | | LIBERTY FAMILY HEALTH CENTER | TARR | DEAD |
| 273 | 75033463 | 2235450 | CENTER FOR HEALTH CARE QUALITY INFORMATION | TARR | LIVE |
| 274 | 75028714 | | ALABAMA CHILDREN'S HEALTH SYSTEM CHILDREN ARE THE CENTER OF OUR LIVES. | TARR | DEAD |
| 275 | 75022918 | | CENTER FOR FAMILY HEALTH | TARR | DEAD |
| 276 | 74729358 | 2095742 | AEGIS FAMILY HEALTH CENTERS | TARR | LIVE |
| 277 | 74680348 | 2143030 | BROOKLYN HEALTH NETWORK A SERVICE OF THE BROOKLYN HOSPITAL CENTER | TARR | DEAD |
| 278 | 74363131 | 1852713 | MALE HEALTH CENTER | TARR | LIVE |
| 279 | 74717096 | 2133030 | CENTERS FOR PREVENTIVE MEDICINE AND PUBLIC HEALTH 1993 | TARR | DEAD |
| 280 | 74249093 | 1793968 | HEALTH RECOVERY CENTER INC. | TARR | DEAD |
| 281 | 74689224 | 2072444 | LIBERTY HEALTH CENTER | TARR | DEAD |
| 282 | 74602274 | 2059704 | HEALTH ADVANCE INSTITUTE MEDICAL RESEARCH CENTERS | TARR | DEAD |
| 283 | 74298986 | 1760379 | EDWARD HEALTH & FITNESS CENTER | TARR | DEAD |
| 284 | 74593079 | 2016221 | SAINT THOMAS HEALTHCENTER | TARR | LIVE |
| 285 | 74722792 | 2021867 | MENTAL HEALTH DIAGNOSTIC & TREATMENT CENTER | TARR | DEAD |
| 286 | 74731713 | | MENCONI'S BETTER HEALTH CENTER | TARR | DEAD |
| 287 | 74710255 | | CENTER FOR HEALTH OUTCOMES AND ECONOMICS | TARR | DEAD |
| 288 | 74704776 | | THE HEALTH LAW CENTER | TARR | DEAD |
| 289 | 74702094 | | CENTER FOR WOMEN'S HEALTH | TARR | DEAD |
| 290 | 74691191 | 2234507 | LIBERTY HEALTH CENTER | TARR | LIVE |
| 291 | 74687212 | | METHODIST FAMILY HEALTH CENTER | TARR | DEAD |
| 292 | 74648224 | 1999275 | NATIONAL ASSOCIATION OF COMMUNITY HEALTH CENTERS | TARR | LIVE |
| 293 | 74633823 | 1957632 | CENTER FOR HEALTHCARE EDUCATION | TARR | LIVE |
| 294 | 74569717 | 1920488 | THE NELLIE HARRIETTE CENTERS FOR HEALTH | TARR | DEAD |
| 295 | 74555603 | | HOUSE CALL THE HOME HEALTH SERVICE OF ST. ANTHONY MEDICAL CENTER, INC. | TARR | DEAD |
| 296 | 74542300 | | IHC HEALTH CENTER | TARR | DEAD |
| 297 | 74537918 | | HEALTH AWARENESS CENTER | TARR | DEAD |
| 298 | 74525500 | 1906044 | THE CENTER FOR HEALTH DESIGN | TARR | LIVE |
| 299 | 74516119 | 1927325 | PORTLAND ADVENTIST MEDICAL CENTER HEALTH FOR LIFE | TARR | DEAD |
| 300 | 74502484 | | COMMEND OCCUPATIONAL HEALTH CENTERS | TARR | DEAD |

United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*

PTO HOME TRADEMARK TESS HOME NEW USER STRUCTURED FREE FORM BROWSE DICT PREV LIST NEXT LIST BOTTOM HELP

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record:

## 443 Records(s) found (This page: 301 ~ 350)

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 301 | 74501553 | | LIFESOURCE A HEALTH EDUCATION CENTER | TARR | DEAD |
| 302 | 74481459 | | DP DEPAUL HEALTH CENTER | TARR | DEAD |
| 303 | 74476197 | | CARE STATION: A FACILITY OF LITTLE COMPANY OF MARY HOSPITAL AND HEALTH CARE CENTERS | TARR | DEAD |
| 304 | 74454314 | | THE DIABETES HEALTH CARE CENTER | TARR | DEAD |
| 305 | 74447292 | | BACKWORKS A THERAPEUTIC BACK & HEALTH CENTER | TARR | DEAD |
| 306 | 74446893 | | HEALTH TEST CENTER | TARR | DEAD |
| 307 | 74446446 | | CHAMBERDIRECT A DALLAS/FORT WORTH MEDICAL CENTER HEALTH PLAN | TARR | DEAD |
| 308 | 74446445 | | FAMILYDIRECT A DALLAS/FORT WORTH MEDICAL CENTER HEALTH PLAN | TARR | DEAD |
| 309 | 74445686 | | FAMILYDIRECT PLUS A DALLAS/FORT WORTH MEDICAL CENTER HEALTH PLAN | TARR | DEAD |
| 310 | 74445641 | | EMPLOYERDIRECT A DALLAS/FORT WORTH MEDICAL CENTER HEALTH PLAN | TARR | DEAD |
| 311 | 74443829 | 1853924 | CHURCH HEALTH CENTER | TARR | DEAD |
| 312 | 74431244 | 1974480 | HURLEY HEALTH & FITNESS CENTER | TARR | DEAD |
| 313 | 74407433 | 1886731 | ENVIRONMENTAL HEALTH CENTER | TARR | LIVE |
| 314 | 74407431 | 1883091 | ENVIRONMENTAL HEALTH CENTER | TARR | LIVE |
| 315 | 74406680 | 2024216 | SAMARITAN NORTH HEALTH CENTER | TARR | LIVE |
| 316 | 74400221 | | HEALTH CENTER MATTRESS GALLERY | TARR | DEAD |
| 317 | 74374164 | 1827174 | N.H.C. NATURAL HEALTH CENTERS | TARR | DEAD |
| 318 | 74367454 | | CLINICARE SPINAL HEALTH CENTERS | TARR | DEAD |
| 319 | 74364841 | | CENTER FOR ORGANIZATIONAL HEALTH | TARR | DEAD |
| 320 | 74361409 | 1826701 | FORT WAYNE OCCUPATIONAL HEALTH CENTER INC. | TARR | DEAD |

| | | | | | |
|---|---|---|---|---|---|
| 321 | 74353905 | | BEABLE HEALTH CENTERS | TARR | DEAD |
| 322 | 74353904 | | BEABLE! HEALTH CENTERS | TARR | DEAD |
| 323 | 74353903 | | BE ABLE HEALTH CENTERS | TARR | DEAD |
| 324 | 74345143 | 1816263 | CENTERS FOR HEALTH EXCELLENCE | TARR | DEAD |
| 325 | 74334774 | 1806566 | GNC GENERAL NUTRITION CENTERS WHERE AMERICA SHOPS FOR HEALTH | TARR | DEAD |
| 326 | 74320473 | | YOUR'S NATURALLY INC. YOUR'S NATURALLY HEALTH FOOD CENTER | TARR | DEAD |
| 327 | 74309707 | 1881895 | CENTER FOR HEALTH CARE ETHICS | TARR | LIVE |
| 328 | 74290398 | | PERSONAL HEALTH CENTER | TARR | DEAD |
| 329 | 74290239 | | PERSONAL HEALTH CENTER | TARR | DEAD |
| 330 | 74287387 | | ECCO FAMILY HEALTH CENTER | TARR | DEAD |
| 331 | 74284432 | | HEALTH-CENTER | TARR | DEAD |
| 332 | 74283107 | 1734177 | HEALTH TEST CENTER | TARR | DEAD |
| 333 | 74263300 | | OCCUPATIONAL HEALTH CENTERS OF ORANGE COUNTY SANTA ANA - IRVINE - LAKE FOREST | TARR | DEAD |
| 334 | 74260740 | 1770149 | HURLEY HEALTH & FITNESS CENTER | TARR | DEAD |
| 335 | 74260652 | | PHRMC PERSONAL HEALTH RISK MANAGEMENT CENTER | TARR | DEAD |
| 336 | 74260550 | 1793298 | OCCUPATIONAL HEALTH CENTERS | TARR | DEAD |
| 337 | 74244833 | | ROE & WADE HEALTH CENTER | TARR | DEAD |
| 338 | 74231298 | | HEALTH-WAY TODAY! CENTER "WHOLISTIC SERVICES AND HEALTH PRODUCTS FOR THE INNER/OUTER YOU" | TARR | DEAD |
| 339 | 74220945 | 1784360 | CENTER OF HEALTH RESOURCES | TARR | DEAD |
| 340 | 74217091 | | CORPORATE HEALTH CENTER | TARR | DEAD |
| 341 | 74133833 | | WYOMING CHIROPRACTIC HEALTH CENTER | TARR | DEAD |
| 342 | 74130304 | | HEALTH INDUSTRIES RESEARCH CENTER | TARR | DEAD |
| 343 | 74114343 | | MIDWEST ENVIRONMENTAL AND INDUSTRIAL HEALTH TRAINING CENTER | TARR | DEAD |
| 344 | 74111036 | 1722686 | HOME HEALTH CENTER | TARR | DEAD |
| 345 | 74100767 | 1743709 | UNIVERSITY PHARMACY HEALTH CENTER U | TARR | DEAD |
| 346 | 74098607 | | WELLNET INFORMEDICINE CENTERS INSTANT HEALTH SCREENING | TARR | DEAD |
| 347 | 74091259 | 1651863 | CARDIAC HEALTH & EXERCISE CENTER | TARR | DEAD |
| 348 | 74090037 | | THE CENTER FOR OCCUPATIONAL HEALTH | TARR | DEAD |
| 349 | 74089365 | 1657743 | GET PHYSICAL! HEALTH SCREENING CENTER | TARR | DEAD |
| 350 | 74089363 | 1656506 | GET PHYSICAL! HEALTH SCREENING CENTER | TARR | DEAD |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



Logout *Please logout when you are done to release system resources allocated for you.*

Start List At: OR Jump to record: **443 Records(s) found (This page: 351 ~ 400)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 351 | 74085963 | 1740679 | BRISTOL-MYERS SQUIBB CENTER FOR HEALTH & FITNESS | TARR | DEAD |
| 352 | 74079660 | 1651840 | ALL HEALTH CHIROPRACTIC CENTER | TARR | DEAD |
| 353 | 74077187 | 1728340 | BIOPTRON HEALTH CENTER | TARR | DEAD |
| 354 | 74057136 | | THE CENTER FOR HEALTH & FITNESS | TARR | DEAD |
| 355 | 74054059 | | HEALTH CENTER | TARR | DEAD |
| 356 | 74051531 | 1705973 | BENEFICIAL HEALTH & BEAUTY CENTER | TARR | DEAD |
| 357 | 74047182 | 1747469 | LIFE CENTER HEALTH & CONDITIONING CLUB | TARR | LIVE |
| 358 | 74036673 | 1695566 | VISTA HEALTH CENTERS | TARR | DEAD |
| 359 | 74032589 | | HEALTH INFORMATION CENTER FOR INTERNATIONAL TRAVEL | TARR | DEAD |
| 360 | 73593694 | 1418760 | LAFAYETTE REGIONAL HEALTH CENTER | TARR | LIVE |
| 361 | 73249924 | 1244843 | THE PAIN AND HEALTH REHABILITATION CENTER BODY MIND SPIRIT | TARR | DEAD |
| 362 | 73362146 | 1243120 | INTERNATIONAL HEALTH AWARENESS CENTER | TARR | DEAD |
| 363 | 73362097 | 1234587 | INTERNATIONAL HEALTH AWARENESS CENTER | TARR | DEAD |
| 364 | 73528619 | 1375323 | CORPORATE HEALTH CENTER | TARR | LIVE |
| 365 | 73613547 | 1463984 | GNC HEALTH MANAGEMENT CENTER | TARR | LIVE |
| 366 | 73836112 | | HEART HEALTH CENTER | TARR | DEAD |
| 367 | 73828714 | 1626895 | HEALTH MONITOR CENTER | TARR | DEAD |
| 368 | 73808786 | | HEALTH FIRST CHIROPRACTIC CENTERS | TARR | DEAD |
| 369 | 73784552 | 1611598 | EAST COAST HEALTH & FITNESS CENTER | TARR | DEAD |
| 370 | 73772147 | | THE HEALTH DEVELOPMENT CENTER | TARR | DEAD |
| 371 | 73772047 | 1580640 | PROJECT HOPE CENTER FOR HEALTH AFFAIRS | TARR | LIVE |
| 372 | 73753186 | 1581972 | RESOURCE CENTER FOR HEALTH & AGING | TARR | DEAD |
| 373 | 73750215 | 1536882 | HEALTH & FITNESS CENTER MAX | TARR | DEAD |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Thu May 12 03:48:36 EDT 2005*



**443 Records(s) found (This page: 401 ~ 443)**

**Refine Search** (health center)[COMB] Submit

**Current Search:** S1: **(health center)[COMB]** docs: 443 occ: 2212

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 401 | 73505483 | 1395250 | FITNESS UNLIMITED HEALTH CENTERS | TARR | DEAD |
| 402 | 73501013 | 1371857 | CLARK COUNTY DENTAL HEALTH CENTER JEFFERSONVILLE INDIANA | TARR | DEAD |
| 403 | 73491569 | | IMMEDIATE HEALTH CHECK CENTERS | TARR | DEAD |
| 404 | 73486817 | | CENTER FOR HEALTH INFORMATION | TARR | DEAD |
| 405 | 73469765 | 1334827 | CLAFLIN HOME HEALTH CENTERS | TARR | LIVE |
| 406 | 73459752 | 1306538 | TRUST FAMILY DRUG CENTER...YOUR HEALTH CARE NEIGHBOR. | TARR | DEAD |
| 407 | 73455470 | 1346883 | COMPASSION VETERINARY HEALTH CARE CENTER | TARR | DEAD |
| 408 | 73436843 | 1288808 | BORG HEALTH CENTER | TARR | DEAD |
| 409 | 73379557 | 1485632 | OMNI HYPNO-HEALTH CENTER | TARR | DEAD |
| 410 | 73376856 | | SEXUAL HEALTH CENTERS | TARR | DEAD |
| 411 | 73359695 | | GOOD HEALTH MEDICAL WEGHT LOSS CENTERS | TARR | DEAD |
| 412 | 73352735 | | SPA HEALTH FITNESS CENTERS | TARR | DEAD |
| 413 | 73348569 | 1231422 | HEALTH & LIFESTYLE CENTER | TARR | DEAD |
| 414 | 73342238 | 1240665 | K & K HEALTH CENTER | TARR | DEAD |
| 415 | 73326686 | 1224651 | JESSE MURPHY HEALTH AND NUTRITION CENTER, INC. | TARR | DEAD |
| 416 | 73326680 | | HEALTH CONTROL CENTER | TARR | DEAD |
| 417 | 73326462 | | RENAISSANCE HEALTH CENTER | TARR | DEAD |
| 418 | 73319980 | 1243881 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO DISCIPLINA PRAESIDIUM CIVITATIS | TARR | LIVE |
| 419 | 73319966 | 1243880 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO | TARR | LIVE |
| 420 | 73319933 | 1239784 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT DALLAS | TARR | DEAD |
| 421 | 73319927 | 1243879 | THE UNIVERSITY OF TEXAS HEALTH CENTER AT TYLER | TARR | LIVE |

| | | | | | |
|---|---|---|---|---|---|
| 422 | 73319853 | 1245614 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT DALLAS | TARR | DEAD |
| 423 | 73319801 | 1234937 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON | TARR | LIVE |
| 424 | 73319795 | 1233075 | THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON | TARR | LIVE |
| 425 | 73277980 | 1260254 | THE HEALTH EXTENSION CENTER | TARR | DEAD |
| 426 | 73277737 | 1222143 | FAMILY FITNESS CENTER HEALTH & RACQUET CLUB | TARR | DEAD |
| 427 | 73273674 | 1237236 | CENTER FOR HEALTH PROMOTION | TARR | DEAD |
| 428 | 73258705 | 1172739 | HOME CARE HEALTH CENTER | TARR | DEAD |
| 429 | 73257445 | 1193151 | C THE CENTER FOR CONSUMER HEALTH EDUCATION | TARR | DEAD |
| 430 | 73238770 | 1160464 | CCCH HEALTH PLAN CONSTANT CARE COMMUNITY HEALTH CENTER, INC. FOUNDED OCTOBER 1,1975 | TARR | DEAD |
| 431 | 73213143 | 1151991 | LIFE/HEALTH CENTERS OF AMERICA | TARR | LIVE |
| 432 | 73186458 | | HOME HEALTH CARE CENTER | TARR | DEAD |
| 433 | 73165095 | 1137175 | THE HEALTH SAVINGS CENTER | TARR | DEAD |
| 434 | 73129921 | 1151263 | HEALTH FITNESS CENTER, INC. OF SAN LUIS OBISPO | TARR | DEAD |
| 435 | 73065783 | 1057777 | NAGASE | TARR | DEAD |
| 436 | 73061962 | 1061411 | YOUR CENTER FOR COMMUNITY HEALTH | TARR | DEAD |
| 437 | 73043554 | 1070208 | HEALTH LAW CENTER | TARR | LIVE |
| 438 | 72444677 | 1006119 | AMERICANA HEALTH CARE CENTER | TARR | LIVE |
| 439 | 72342498 | 0915464 | COMMUNITY MENTAL HEALTH CENTER NEWS | TARR | DEAD |
| 440 | 72327964 | 0901309 | FAMILY HEALTH CENTER | TARR | DEAD |
| 441 | 72319151 | 0899390 | BLACK HILLS CHIROPRACTIC CENTER HEALTH CHIROPRACTIC | TARR | DEAD |
| 442 | 71693943 | 0634019 | SPRING AIR HEALTH CENTER | TARR | DEAD |
| 443 | 71693942 | 0631772 | HEALTH CENTER | TARR | LIVE |