**AMERICAN ARBITRATION ASSOCIATION**

InnerBalance, LLC, and Robert Groves, M.D.,
Claimants

Arbitration No. 65 Y 114 00264 04

v.

Health Recovery Systems, Inc.,
Respondent

**RESPONDENT'S STATEMENT OF DAMAGE CLAIMS**

Respondent Health Recovery Systems, Inc., ("HRS") seeks to recover the Royalty Fees and National Advertising Fees provided for in the Franchise Agreement. Those fees are computed against gross revenues at the rate of 10% and 2% respectively (with the exception of the temporary changes to these fees between May 2001 and July 2003, which temporary changes are taken into account in the calculations below). HRS seeks to recover the Royalty Fees and National Advertising Fees for the entire 15-year term of the Franchise Agreement. HRS has not received all of the information necessary to make an accurate division between those fees that are owed up to the termination date of November 25, 2004, and it must necessarily estimate the fees that are and will be owed on revenues from January 2005 through August 2015. The method of calculating the $79,188 in fees for the period 2001 through 2004 and the $909,958 in fees for the period 2005 through August 2015 is shown on Exhibit A, attached hereto.

Dated: May 9, 2005.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

By: Stephen A. Melcher

Stephen A. Melcher (#177015)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR RESPONDENT HEALTH RECOVERY SYSTEMS, INC.**

# EXHIBIT A

**Royalty Fees and National Advertising Fees through 2004**

**Unpaid Fees For 2001 through 2003:**

$6,180 [1]
+ $33,230 [2]
$39,410

**Unpaid Fees For 2004:**

$621,144[3]
x .12
$74,537
($34,759)[4]
$39,778

**Total for 2001 through 2004:**

$39,410
+ $39,778
$79,188

**Royalty Fees and National Advertising Fees after 2004**

$2,845,412[5]
x .25
$711,353[6]
x .12
$85,362[7]
x 10.66[8]
$909,958[9]

---

1 See page 5 of Cobb & Associates' Report of March 15, 2005.

2 See page 6 of Cobb & Associates' Report of March 15, 2005.

3 Gross revenue, except apartment rental, from Statement of Revenues and Expenses of InnerBalance Health Systems and InnerBalance Health Center for 2004.

4 Amount paid for 2004--see page 5 of Cobb & Associates' Report of March 15, 2005.

5 Total Gross Revenues for 2001 through 2004—see page 6 of Cobb & Associates' Report of March 15, 2005, and note 3 above.

6 Average annual gross revenues (without apartment rental) during 2001 through 2004.

7 Fees on average annual gross revenues.

8 Years remaining under Franchise Agreement from January 2005 through August 2005.

9 Estimated fees on gross revenues from 2005 through August 2005.