AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Health Recovery Center, Inc.,
a Minnesota corporation, and
Health Recovery Systems, Inc.,
a Minnesota corporation

V.

Innerbalance LLc, a Colorado limited liability company
Innerbalance Health Center, LLC, a Colorado limited liability company
Innerbalance Health Systems, LLC, a Colorado limited liability company
Joseph W Eisele, and Rod Graham

## JUDGMENT IN A CIVIL CASE

Case Number: 05-cv-880JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
This action is DISMISSED WITH PREJUDICE, with all parties to bear their own costs, expenses, and attorneys' fees.

July 21, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk